UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-COOKE/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC.,

    Defendant.
_____/

## PROPOSED SCHEDULE

This MATTER is set for jury trial for the week of April 17, 2023. The Parties propose to adhere to the following schedule:

| Date | Description |
|---|---|
| November 11, 2022 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| August 2, 2022 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| August 29, 2022 | The Parties shall file motions to amend pleadings or join Parties |
| December 16, 2022 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| December 30, 2022 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| January 16, 2023 | The Parties shall complete all discovery, including expert discovery. |

| January 26, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
|---|---|
| February 27, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| March 16, 2023 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| April 20, 2023 | The Parties shall file witness and exhibit lists and all motions in limine. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 22nd of July, 2022.

s/Toussaint Cummings, Esq.

Toussaint Cummings, Esq.

Fla. Bar No. 119877

toussaint@fairlawattorney.com

FAIRLAW FIRM

7300 N. Kendall Drive

Suite 450

Miami, FL 33156

/s Gary A. Costales

Gary A. Costales

Florida Bar No. 0948829

Law Offices of Gary A. Costales, P.A.  1533 Sunset Drive, Suite

150 Miami, FL 33143

(786) 448-7288