UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC.,

    Defendant.
_____/

## PROPOSED SCHEDULE

This **MATTER** is set for jury trial for the week of November 6, 2023. The Parties propose to adhere to the following schedule:

| Date | Description |
|---|---|
| June 16, 2023 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| March 27, 2023 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| March 23, 2023 | The Parties shall file motions to amend pleadings or join Parties |
| July 17, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| July 31, 2023 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k).<br>The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| July 17, 2023 | The Parties shall complete all discovery, including expert discovery. |

| | |
|---|---|
| July 26, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
| August 22, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| September 15, 2023 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| August 22, 2023 | The Parties shall file witness and exhibit lists and all motions in limine. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 21st day of February 2023.

s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.   1533 Sunset Drive, Suite
150 Miami, FL 33143
(786) 448-7288
costalesgary@hotmail.com
*Counsel for Defendants*