UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60710-CIV-DIMITROULEAS

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC.,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant The Chrysalis Center, Inc. ("Defendant")'s Motion to Dismiss (the "Motion") [DE 18], and the February 16, 2023 Magistrate Judge's Report and Recommendation (the "Report") [DE 30].  The Court notes that no objections to the Report [DE 30] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 30] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 30] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 30] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Dismiss [DE 30] is hereby **DENIED**;

3. Defendant shall file its answer on or before **March 17, 2023**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Hunt

Counsel of record