UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC.,

    Defendant.
_____/

## **PLAINTIFF'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO OBJECT TO DEFENDANT'S DISCOVERY RESPONSES**

Plaintiff, Christopher Guarnizo, by and through his undersigned counsel files this Motion for Extension of Time to Object to Defendant's Discovery Responses, which is unopposed by Defendant, The Chrysalis Center, Inc. ("Chrysalis"), and states the following:

1. Plaintiff served its First Request for Admissions and Second Request for Production on Defendant on January 5, 2023.

2. Defendant responded to the above-mentioned written discovery on February 10, 2023.

3. Plaintiff advised Defendant that it needed better responses to certain discovery (5 requests for admissions and 2 requests for production).

4. Defendant advised that it needed more time to produce better responses.

5. Therefore, the parties are still conferring on the discovery dispute.

6. Plaintiff thought he had until March 13, 2023 to bring the discovery dispute to this Court's attention.

1

7. Plaintiff mistakenly thought that discovery disputes needed to be presented to the Court within thirty (30) days based on the Southern District of Florida's previous Local Rule 26.1(g)(1). *See eg. Dental Fix RX, LLC v. Practiceworks, LLC*, No. 17-62218-CIV, 2019 WL 13203850, at *3 (S.D. Fla. Sept. 25, 2019) ("Local Rule 26.1(g)(1) provides that disputes related to discovery shall be presented to the Court **within thirty days** from the date of the response or objection to the discovery which is the subject of the dispute. Failure to present the dispute to the Court within that timeframe, absent a showing of good cause for the delay, may constitute a waiver of the relief sought at the Court's discretion.") (internal citations and quotations omitted) (emphasis added).

8. Plaintiff just realized that a newer version of this Court's local rules require discovery disputes to be brought within twenty-eight (28) days.

9. Therefore, Plaintiff requests an additional ten (10) days *nunc pro tunc* to object to Defendant's discovery responses, during which time additional conferral will take place to attempt a resolution of the dispute.

## **LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel conferred with defense counsel, Gary Costales, via email on March 13, 2023 regarding the relief requested in this motion, and Mr. Costales, has no objection to the motion.

*[signature on following page]*

Respectfully Submitted on March 13, 2023.

s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:     305.230.4884
*Counsel for Plaintiff*
