UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-DIMITROULEAS

Magistrate Judge Hunt

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME [E.C.F. # 16]

Defendant, THE CHRYSALIS CENTER, INC by and through the undersigned counsel, hereby serves and files the above-referenced Response and states as follows in support thereof:

1. A one-day conferral past the conferral deadline is not conducive to an orderly discovery process. Yesterday, Plaintiff raised, for the first time, a discovery issue concerning some of Defendant's responses that were sent last to Plaintiff last month. Plaintiff raised concerns about Defendant's responses to requests for admissions and the production of files in their Native format in connection with a production response. Plaintiff represented that he had to file a motion to compel by March 13, 2023. The undersigned e-mailed Plaintiff's counsel that the undersigned would have to speak with Defendant about the production of files in a Native format and an answer on that issue could not be given in one day. The undersigned also wrote that if an extension for the period to file a motion was needed, the undersigned would be agreeable. This was done on the spur of the moment during a busy day in order to avoid a discovery dispute.

2. The undersigned is aware of the Court's limited resources and that the rules encourage the parties to iron out their differences without court intervention. The undersigned did not agree that a motion for extension of time would be filed. Instead, the undersigned contemplated that the parties would discuss the matter further and that a stipulation would be entered into, based on the local rules, and consistent with the past practice of the undersigned. Plaintiff filed a motion for extension of time without allowing the undersigned time to fully consider the matter.

3. Plaintiff has not shown good cause for waiting to confer with the undersigned after the deadline for filing a motion to compel.

WHEREFORE, Defendant requests that the Court deny Plaintiff's motion. In the alternative, Defendant requests that the Court allow the parties to enter into a stipulation for a 7-day conferral period limited to the issue of the production of documents in their native format. Defendant also seeks clarification as to whether Magistrate Judge Hunt's discovery procedures (i.e. asking permission to file a motion to compel beforehand) will apply to the instant matter.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
costalesgary@hotmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that on March 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*CHRISTOPHER GUARNIZO v. THE CHRYSALIS CENTER, INC*
*CASE NO.:22-CV-60710-MGC*
**United States District Court, Southern District of Florida**

Brian H. Pollock, Esq.
E-Mail: brian@fairlawattorney.com

Toussaint Marcus Cummings, Esq.
E-mail: toussaint@fairlawattorney.com

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
(305) 230-4884
(305) 230-4844 (facsimile)
Attorney for Plaintiff
*Notice of Electronic Filing*

Gary A. Costales, Esq.
Email: costalesgary@hotmail.com

Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
Attorney for Defendant
*Notice of Electronic Filing*