UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-MGC

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant by and through the undersigned, hereby files the above-referenced Notice and states as follows:

The following exhibits should be associated with Defendant's Motion for Summary Judgment:

| Exhibit No. | Description |
| --- | --- |
| 1 | Counseling/Disciplinary Action; dated 12/2/2020 |
| 2 | E-mail Re: Termination Documents; dated 12/3/2020 |
| 3 | E-mail Re: Medical Situación; dated October 1, 2020 |
| 4 | E-mails Re: Discussion of Documents |
| 5 | Defendant's Interrogatories Responses |
| 6 (Removed) | |
| 7 | Plaintiff's Responses to First Requests for Admissions |
| 8 | After Visit Summary |

| 9  | Timecard for the period 9/27/2020-10/10/2020 |
|----|---|
| 10 | Misconduct Policy executed by Plaintiff |
| 11 | Writeups to Plaintiff prior to his termination |
| 12 | E-mail from Jessica Vardaman to Christopher Guarnizo; dated 2/12/2020 and Employee Manual |
| 13 | Plaintiff's Interrogatories Responses |
| 14 | Charge of Discrimination |

Respectfully submitted,

s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
costalesgary@hotmail.com

### CERTIFICATE OF SERVICE

**I hereby certify** that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Gary A. Costales

2

## SERVICE LIST

*CHRISTOPHER GUARNIZO V. THE CHRYSALIS CENTER, INC*
*CASE NO.:22-CV-60710-MGC*
United States District Court, Southern District of Florida

Brian H. Pollock, Esq.
E-Mail: brian@fairlawattorney.com

Toussaint Marcus Cummings, Esq.
E-mail: toussaint@fairlawattorney.com

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
(305) 230-4884
(305) 230-4844 (facsimile)
Attorney for Plaintiff
*Notice of Electronic Filing*

Gary A. Costales, Esq.
Email: costalesgary@hotmail.com

Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
Attorney for Defendant
*Notice of Electronic Filing*