

**Exhibit 1**

## Counseling/Disciplinary Action

**Employee Name:** Christopher Guarnizo

**Today's Date:** 12/2/2020          **Date(s) of Issue:** The Month of October

**Position:** Billing Specialist          **Program/Department:** Billing

**Performance Issue:**
- o  Unsatisfactory Job Performance          X  Dishonesty
- o  Safety Violation                         X  Insubordination
- X  Attendance (Dates: See Attached)
- X  Misconduct – Falsification of Timesheet
- X  Policy Violation: Time and Attendance, Professional Standards

**Statement:** Director, Lewis Woodell, Supervisor Quiana Ewing and Chief People and Experience Officer, Jennifer Blue met with Mr. Guarnizo to address time and attendance, productivity during October / November and professional standards. Upon review there were days no work was conducted and days with as little as 3 hours conducted when full-time employment is 8 hours per day or 40 hours per week. Breaks and time off taken that were not reflected on your timesheet is considered misrepresentation of time worked and false time keeping for pay received but not worked from Chrysalis Health.

**Action Taken:**
- o  Verbal Warning (Dates:)
- o  1st Written Warning      o With a Performance Improvement Plan (attached)
- o  2nd Written Warning     o With a Performance Improvement Plan (attached)
- X  Termination of Employment

**Corrective actions and follow-up plan if applicable:** Mr. Guarnizo did not adhere to Chrysalis Health policy and procedure related to Time and Attendance or Professional Standards of Conduct. As a result, employment will be terminated effective immediately.

**Employee's Statement:** _____
_____
_____

I have received and reviewed this document with my supervisor. I further acknowledge and understand that failure to improve my performance in the above noted area(s) will result in further disciplinary action up to and including termination of employment. My signature means that I am in receipt of this document and does not necessarily imply that I agree with the counseling/disciplinary action.

**Supervisor's Name:** Quiana Ewing                              **Date:** 11/18/2020

**Supervisor's Signature:** *Quiana Ewing*

Version 02.2016

000262                                                          <<Guarnizo The Chrysalis Center #6#236>>

Employee Signature: Via Zoom _____ Date: _____

Director's Name: Lewis Woodell

Director's Signature: _[signed]_____

CPEO Signature: _[signed]_____

Date Review/Notified: 12/3/20

Version 02.2016

10/05
Logged in to eCR 8:09
1st account entered @ 8:30
Last account entered @ 15:29
No activity from 11:57 to 14:22,


10/07
Logged in to eCR 8:24
1st account entered @ 8:41
Last account entered @ 15:48
No activity from 9:40 to 11:51

10/08
Logged in to eCR 8:25
1st account entered @ 8:54
Last account entered @ 14:41
No activity from 9:03 to 10:43, 10:59 to 11:59, 12:21 to 14:47


10/13
Logged in to eCR 8:32
1st account entered @ 8:33
Last account entered @ 14:41
No activity from 8:50 to 10:42, 11:21 to 13:33, 13:38 - 14:57


10/20
Logged in to eCR 8:24
1st account entered @ 10:38
Last account entered @ 17:03
No activity from 11:38 to 13:46, 13:54 to 15:14

10/23
Logged in to eCR 8:21
1st account entered @ 8:47
Last account entered @ 14:08
No activity from 8:47 to 11:36, 11:36 to 14:07

10/26
Logged in to eCR 8:11
1st account entered @ 8:23
Last account entered @ 15:20
No activity from 9:37 to 10:52, 10:52 to 12:15, 12:55 to 15:08

10/28
Logged in to eCR 8:47
1st account entered @ 8:52
Last account entered @ 15:58
No activity from 13:00 to 15:41,

10/29
Logged in to eCR 8:51
1st account entered @ 8:52
Last account entered @ 15:56
No activity from 9:03 to 15:54,
Nothing worked the entire day

10/30
Logged in to eCR 10:42
1st account entered @ 10:51
Last account entered @ 11:57
Nothing worked the entire day



**GUARNIZO, CHRISTOPHER (A1AO)** — Pay Period 09/27/2020 - 10/10/2020 (Previous Period)

Name: GUARNIZO, CHRISTOPHER (A1AO)  
Status: ACTIVE  
Dept: BILLING  
Full/Part Time: Full Time  
Badge Number:  
Position: Billing Specialist  
Labor Allocation: BILLING-Broward Administration  
Hire Date: 11/23/2015  
Pay Type: Hourly  
Pay Class: PCO

| Date | Pay Code | IN | Allocation (tax) | OUT | IN | Allocation (tax) | OUT | Hours | Total Hours | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN (09/27) | | | | | | | | | | |
| MON (09/28) | | | [BILLING] | | | | | 8.02 | 8.02 | |
| TUE (09/29) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| WED (09/30) | | | BILLING | | | | | 6.12 | | |
| | [PTO] Paid Time Off | | [BILLING] | | | | | 1.86 | 7.98 | |
| THU (10/01) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| FRI (10/02) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| SAT (10/03) | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.00 | | $0.00 |
| SUN (10/04) | | | | | | | | | | |
| MON (10/05) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| TUE (10/06) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| WED (10/07) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| THU (10/08) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| FRI (10/09) | | | BILLING | | | | | 6.00 | | |
| | [PTO] Paid Time Off | | [BILLING] | | | | | 2.00 | 8.00 | |
| SAT (10/10) | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.00 | | $0.00 |



**GUARNIZO, CHRISTOPHER (A1AO)** — Pay Period 10/11/2020 - 10/24/2020 (Previous Period)

Name: GUARNIZO, CHRISTOPHER (A1AO)  
Status: ACTIVE  
Dept: BILLING  
Full/Part Time: Full Time  
Badge Number:  
Position: Billing Specialist  
Labor Allocation: BILLING-Broward Administration  
Hire Date: 11/23/2015  
Pay Type: Hourly  
Pay Class: PCO

| Date | Pay Code | IN | Allocation (tax) | OUT | IN | Allocation (tax) | OUT | Hours | Total Hours | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN (10/11) | | | | | | | | | | |
| MON (10/12) | [PTO] Paid Time Off | | [BILLING] | | | | | 8.00 | 8.00 | |
| TUE (10/13) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| WED (10/14) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| THU (10/15) | | | [BILLING] | | | | | 8.02 | 8.02 | |
| FRI (10/16) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| SAT (10/17) | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.02 | | $0.00 |
| SUN (10/18) | | | | | | | | | | |
| MON (10/19) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| TUE (10/20) | | | [BILLING] | | | | | 8.90 | 8.90 | |
| WED (10/21) | | | [BILLING] | | | | | 8.05 | 8.05 | |
| THU (10/22) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| FRI (10/23) | | | [BILLING] | | | | | 8.00 | 8.00 | |
| SAT (10/24) | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.95 | | $0.00 |

🏠 Timecard Search    Timecard Editor

**GUARNIZO, CHRISTOPHER (A1AO)** ▼

Name GUARNIZO, CHRISTOPHER (A1AO)
Status ACTIVE
Dept BILLING
Full/Part Time Full Time

◄ 7 of 14 ►

Pay Period 10/25/2020 - 11/07/2020 (Previous Period)
Badge Number
Position Billing Specialist
Labor Allocation BILLING-Broward Administration

Prev 10/25/2020 - 11/07/2020 (Previous Period) ▼ Next

Hire Date 11/23/2015
Pay Type Hourly
Pay Class PCO

Pay-Period Summary | Calc Detail | Audit Detail

| Date | Pay Code | IN | Allocation (tas) | OUT | IN | Allocation (tas) | OUT | Hours | Total Hours | Dollars | 💬 | ! | 🗑 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN (10/25) | | | | | | | | | | | | | |
| MON (10/26) | | 07:38 AM | [BILLING | 04:37 PM | | | | 8.00 | 8.00 | | 💬 | | 🗑 |
| TUE (10/27) | | 08:00 AM | [BILLING | 04:30 PM | | | | 8.30 | 8.30 | | 💬 | | 🗑 |
| WED (10/28) | | 07:30 AM | [BILLING | 03:30 PM | | | | 8.00 | 8.00 | | 💬 | | 🗑 |
| THU (10/29) | | 08:07 AM | [BILLING | 04:06 PM | | | | 8.00 | 8.00 | | 💬 | | 🗑 |
| FRI (10/30) | | 10:37 AM | [BILLING | 04:37 PM | | | | 6.00 | | | 💬 | | 🗑 |
| | [PTO] Paid Time Off | | [BILLING | | | | | 2.00 | 8.00 | | 💬 | | 🗑 |
| SAT (10/31) | | | | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.30 | | $0.00 | | | |



Timecard Search › Timecard Editor

GUARNIZO, CHRISTOPHER (A1AO)

< 7 of 14 >

Prev 09/27/2020 - 10/10/2020 (Previous Period) Next

**Name** GUARNIZO, CHRISTOPHER (A1AO)
**Status** ACTIVE
**Dept** BILLNG
**Full/Part Time** Full Time

**Pay Period** 09/27/2020 - 10/10/2020 (Previous Period)
**Badge Number**
**Position** Billing Specialist
**Labor Allocation** BILLING-Broward Administration

**Hire Date** 11/23/2015
**Pay Type** Hourly
**Pay Class** PCO

Pay-Period Summary | Calc Detail | Audit Detail

| Date | Pay Code | IN | Allocation (tax) | OUT | IN | Allocation (tax) | OUT | Hours | Total Hours | Dollars | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN (09/27) | | | | | | | | | | | | | |
| MON (09/28) | | 07:48 AM | [BILLNG... | 03:49 PM | | | | 8.02 | 8.02 | | | | |
| TUE (09/29) | | 08:41 AM | [BILLNG... | 04:41 PM | | | | 8.00 | 8.00 | | | | |
| WED (09/30) | | 11:06 AM | [BILLNG... | 05:13 PM | | | | 6.12 | | | | | |
| | [PTO] Paid Time Off | | [BILLNG... | | | | | 1.86 | 7.98 | | | | |
| THU (10/01) | | 08:40 AM | [BILLNG... | 04:40 PM | | | | 8.00 | 8.00 | | | | |
| FRI (10/02) | | 08:00 AM | [BILLNG... | 04:00 PM | | | | 8.00 | 8.00 | | | | |
| SAT (10/03) | | | | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.00 | | $0.00 | | | |
| SUN (10/04) | | | | | | | | | | | | | |
| MON (10/05) | | 07:47 AM | [BILLNG... | 03:47 PM | | | | 8.00 | 8.00 | | | | |
| TUE (10/06) | | 08:00 AM | [BILLNG... | 04:00 PM | | | | 8.00 | 8.00 | | | | |
| WED (10/07) | | 08:00 AM | [BILLNG... | 04:00 PM | | | | 8.00 | 8.00 | | | | |
| THU (10/08) | | 08:00 AM | [BILLNG... | 04:00 PM | | | | 8.00 | 8.00 | | | | |
| FRI (10/09) | | 11:00 AM | [BILLNG... | 05:00 PM | | | | 6.00 | | | | | |
| | [PTO] Paid Time Off | | [BILLNG... | | | | | 2.00 | 8.00 | | | | |
| SAT (10/10) | | | | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.00 | | $0.00 | | | |

GUARNIZO, CHRISTOPHER (A1AO)

< 7 of 14 >

Prev 10/11/2020 - 10/24/2020 (Previous Period) Next

**Name** GUARNIZO, CHRISTOPHER (A1AO)
**Status** ACTIVE
**Dept** BILLNG
**Full/Part Time** Full Time

**Pay Period** 10/11/2020 - 10/24/2020 (Previous Period)
**Badge Number**
**Position** Billing Specialist
**Labor Allocation** BILLING-Broward Administration

**Hire Date** 11/23/2015
**Pay Type** Hourly
**Pay Class** PCO

Pay-Period Summary | Calc Detail | Audit Detail

| Date | Pay Code | IN | Allocation (tax) | OUT | IN | Allocation (tax) | OUT | Hours | Total Hours | Dollars | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN (10/11) | | | | | | | | | | | | | |
| MON (10/12) | [PTO] Paid Time Off | | [BILLNG... | | | | | 8.00 | 8.00 | | | | |
| TUE (10/13) | | 08:30 AM | [BILLNG... | 04:30 PM | | | | 8.00 | 8.00 | | | | |
| WED (10/14) | | 08:25 AM | [BILLNG... | 04:25 PM | | | | 8.00 | 8.00 | | | | |
| THU (10/15) | | 08:53 AM | [BILLNG... | 04:54 PM | | | | 8.02 | 8.02 | | | | |
| FRI (10/16) | | 08:30 AM | [BILLNG... | 04:30 PM | | | | 8.00 | 8.00 | | | | |
| SAT (10/17) | | | | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.02 | | $0.00 | | | |
| SUN (10/18) | | | | | | | | | | | | | |
| MON (10/19) | | 08:00 AM | [BILLNG... | 04:00 PM | | | | 8.00 | 8.00 | | | | |
| TUE (10/20) | | 08:06 AM | [BILLNG... | 05:00 PM | | | | 8.90 | 8.90 | | | | |
| WED (10/21) | | 08:15 AM | [BILLNG... | 04:18 PM | | | | 8.05 | 8.05 | | | | |
| THU (10/22) | | 08:09 AM | [BILLNG... | 04:09 PM | | | | 8.00 | 8.00 | | | | |
| FRI (10/23) | | 08:04 AM | [BILLNG... | 04:04 PM | | | | 8.00 | 8.00 | | | | |
| SAT (10/24) | | | | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.95 | | $0.00 | | | |



Timecard Search › Timecard Editor

GUARNIZO, CHRISTOPHER (A1AO)

< 7 of 14 >

Prev 10/25/2020 - 11/07/2020 (Previous Period) Next

**Name** GUARNIZO, CHRISTOPHER (A1AO)
**Status** ACTIVE
**Dept** BILLNG
**Full/Part Time** Full Time

**Pay Period** 10/25/2020 - 11/07/2020 (Previous Period)
**Badge Number**
**Position** Billing Specialist
**Labor Allocation** BILLING-Broward Administration

**Hire Date** 11/23/2015
**Pay Type** Hourly
**Pay Class** PCO

Pay-Period Summary | Calc Detail | Audit Detail

| Date | Pay Code | IN | Allocation *(tax)* | OUT | IN | Allocation *(tax)* | OUT | Hours | Total Hours | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN (10/25) | | | | | | | | | | |
| MON (10/26) | | 07:35 AM | [BILLNG... | 03:35 PM | | | | 8.00 | 8.00 | |
| TUE (10/27) | | 08:02 AM | [BILLNG... | 04:20 PM | | | | 8.30 | 8.30 | |
| WED (10/28) | | 07:57 AM | [BILLNG... | 03:57 PM | | | | 8.00 | 8.00 | |
| THU (10/29) | | 08:07 AM | [BILLNG... | 04:07 PM | | | | 8.00 | 8.00 | |
| FRI (10/30) | | 10:37 AM | [BILLNG... | 04:37 PM | | | | 6.00 | | |
| | [PTO] Paid Time Off | | [BILLNG... | | | | | 2.00 | 8.00 | |
| SAT (10/31) | | | | | | | | | | |
| | | | | | | | Weekly Totals | 40.30 | | $0.00 |