## Fw: Termination Documents

**Exhibit 2**

Leslie Lynch <llynch@chrysalishealth.com>
Wed 9/1/2021 2:54 PM
To: Jessica Goldstein <jgoldstein@chrysalishealth.com>



Leslie Lynch, MS
Chief Program Officer
3800 West Broward Boulevard, Suite 100
Fort Lauderdale, Florida 33312
phone: 954-587-1008 ext: 1002   |   cell: 954-415-2952



OUR FUNDAMENTAL BELIEF:
It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.
OUR MISSION:
It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.
VISION:
It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

NOTE:   The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Christopher Guarnizo <cguarnizo41@gmail.com>
**Sent:** Thursday, December 3, 2020 10:38 AM
**To:** jblue@chrysalisheaalth.com <jblue@chrysalisheaalth.com>
**Cc:** lwoodell@chrysdalishealth.com <lwoodell@chrysdalishealth.com>; Quiana Ewing <qewing@chrysalishealth.com>; Leslie Lynch <llynch@chrysalishealth.com>
**Subject:** Termination Documents

Good morning Jennifer,

I wanted to follow up with you from yesterday's meeting and re-establish a few things that were discussed. I know you asked if I could take my equipment back to the office today but unfortunately, I

will not be able to do so. As I've mentioned before to Quiana, I am getting married today, hence my last request for PTO.

I want to confirm that I'll be given reports showing my decrease in productivity for the months of October and November that we spoke about yesterday. I will also be requesting reports of a write up that was brought to my attention in earlier months during the beginning of the pandemic for this same matter; I was told I would be given documentation for it but never received it. Between August and September after a group meeting, Quiana, via phone, informed me there would be no write up and solely be a warning.

Yesterday afternoon I attempted to access my Paycom to finish inputting my hours for the week and to print my paystubs but was unable to do so. I would like to input my hours and verify if my times from last week were also entered. I will be needing copies of all my paystubs dated from January of this year up to date.

I will gladly pass by the office first thing Monday morning to drop off my equipment. This should give you enough time to redact any client information under my account and gather everything requested above.

Best regards,

Christopher Guarnizo