

Christopher Guarnizo <cguarnizo41@gmail.com>

---

**Fw: Medical Situation**
3 messages

# Exhibit 3

---

**Christopher Guarnizo** <cguarnizo@chrysalishealth.com>   Wed, Dec 2, 2020 at 4:36 PM

---

**From:** Christopher Guarnizo
**Sent:** Thursday, October 1, 2020 8:52 AM
**To:** Lewis Woodell <lwoodell@chrysalishealth.com>
**Cc:** Leslie Lynch <llynch@chrysalishealth.com>
**Subject:** Medical Situation

Good morning Lewis,

I am working and I will continue to work. I just want to keep you updated with what is happening lately medically. Tuesday Oct 6th in the morning I will be clocking in late. I have gone to see doctors 3 times in the last 2 weeks. The reason for all these tests and doctor visits is due to a low hemoglobin result that I received from a CBC I had done after having a fever and feeling tired. Doctors believe I may have some sort internal bleeding. therefore more tests and a possible medical/surgical procedure might occur in the months ahead I will be having a Endoscopy and Colonoscopy procedure done soon as well. All medical information will be sent to HR as well to keep them updated if needed.

I will keep you updated as I receive results.

Thank you,

Christopher Guarnizo
Billing Specialist
Chrysalis Health
3800 W. Broward Blvd. Ste. 100 Ft. Lauderdale, FL 33312
p:954-587-1008 ext: 1116 |
cguarnizo@chrysalishealth.com |


**OUR FUNDAMENTAL BELIEF**
It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.
**OUR MISSION**
It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.
**OUR VISION**
It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

NOTE:  The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby

notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CONFIDENTIALITY NOTICE:** **This message is protected under the Federal regulations governing confidentiality of Alcohol and Drug Abuse Patient Record, 42C.F.R Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45C.F.R patients 160 and 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosures of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. If you are not the intended recipient, please contact the sender by reply e-mail or the phone numbers provided and destroy all copies of the original message.**

---

**Christopher Guarnizo** <cguarnizo@chrysalishealth.com>                                Wed, Dec 2, 2020 at 4:38 PM

---

**From:** Lewis Woodell <lwoodell@chrysalishealth.com>
**Sent:** Thursday, October 1, 2020 11 39 AM
**To:** Christopher Guarnizo <cguarnizo@chrysalishealth.com>
**Cc:** Leslie Lynch   llynch@chry ali health com  ; Jennifer Blue   jblue@chry ali health com
**Subject:** RE: Medical Situation

Good Morning Chris,

I'm sorry to hear this news, please take care of yourself. Let us know if we can do anything. You need to reach out to HR. I've added Jennifer Blue on this email as well.

Please keep us updated,
Lewis

[Quoted text hidden]

---

**Christopher Guarnizo** <cguarnizo@chrysalishealth.com>                                Wed, Dec 2, 2020 at 4:38 PM

---

**From:** Jennifer Blue <jblue@chrysalishealth.com>
**Sent:** Friday, October 2, 2020 8 05 AM
**To:** Lewis Woodell <lwoodell@chrysalishealth.com>; Christopher Guarnizo <cguarnizo@chrysalishealth.com>
**Cc:** Leslie Lynch   llynch@chry ali health com
**Subject:** Re: Medical Situation

Good morning everyone,

I am sorry to hear this too Christohpher and send thoughts and prayers that all is well with you. Please don't hesitate to reach out to me if you would like to discuss leave options should that come up as you get your results and understand better what your course of action will be

Please forward all medical information to my attention, thank you!

**Jennifer Blue, MS, SPHR, CHC**

Guarnizo v. The Chrysalis Center 000031

Chief People and Experience Officer
Head of Strategic Communications
Chrysalis Health
3800 W. Broward Blvd. Suite 100
Fort Lauderdale, FL 33312
**p** 954 587 1008 ext 1014
**f:** 954-208-5673
jblue@chrysalishealth.com

**OUR FUNDAMENTAL BELIEF:**
It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.

**OUR MISSION:**
It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.

**VISION:**
It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

**CONFIDENTIALITY NOTICE:** This message is protected under the Federal regulations governing confidentiality of Alcohol and Drug Abuse Patient Record, 42C.F.R Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45C.F.R patients 160 and 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations  The Federal rules prohibit any further disclosures of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this transmission is intended only for the use of the person(s) named above  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

[Quoted text hidden]