Christopher Guarnizo <cguarnizo41@gmail.com>

**Termination Documents**  
11 messages

# Exhibit 4

---

**Christopher Guarnizo** <cguarnizo41@gmail.com>  Thu, Dec 3, 2020 at 10:38 AM
To: jblue@chrysalisheaalth.com
Cc: lwoodell@chrysdalishealth.com, qewing@chrysalishealth.com, llynch@chrysalishealth.com

Good morning Jennifer,

I wanted to follow up with you from yesterday's meeting and re-establish a few things that were discussed. I know you asked if I could take my equipment back to the office today but unfortunately, I will not be able to do so. As I've mentioned before to Quiana, I am getting married today, hence my last request for PTO.

I want to confirm that I'll be given reports showing my decrease in productivity for the months of October and November that we spoke about yesterday. I will also be requesting reports of a write up that was brought to my attention in earlier months during the beginning of the pandemic for this same matter; I was told I would be given documentation for it but never received it. Between August and September after a group meeting, Quiana, via phone, informed me there would be no write up and solely be a warning.

Yesterday afternoon I attempted to access my Paycom to finish inputting my hours for the week and to print my paystubs but was unable to do so. I would like to input my hours and verify if my times from last week were also entered. I will be needing copies of all my paystubs dated from January of this year up to date.

I will gladly pass by the office first thing Monday morning to drop off my equipment. This should give you enough time to redact any client information under my account and gather everything requested above.

Best regards,

Christopher Guarnizo

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Thu, Dec 3, 2020 at 10:39 AM
To: cguarnizo41@gmail.com

 **Address not found**

Your message wasn't delivered to **lwoodell@chrysdalishealth.com** because the domain chrysdalishealth.com couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: 1595335 DNS type 'mx' lookup of chrysdalishealth.com responded with code NXDOMAIN
Domain name not found: chrysdalishealth.com
```

Final-Recipient: rfc822; lwoodell@chrysdalishealth.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 1595335 DNS type 'mx' lookup of chrysdalishealth.com responded with code NXDOMAIN
 Domain name not found: chrysdalishealth.com
Last-Attempt-Date: Thu, 03 Dec 2020 07:39:02 -0800 (PST)


---------- Forwarded message ----------
From: Christopher Guarnizo <cguarnizo41@gmail.com>
To: jblue@chrysalisheaalth.com
Cc: lwoodell@chrysdalishealth.com, qewing@chrysalishealth.com, llynch@chrysalishealth.com
Bcc:
Date: Thu, 3 Dec 2020 10:38:49 -0500
Subject: Termination Documents
Good morning Jennifer,

I wanted to follow up with you from yesterday's meeting and re-establish a few things that were discussed. I know you asked if I could take my equipment back to the office today but unfortunately, I will not be able to do so. As I've mentioned before to Quiana, I am getting married today, hence my last request for PTO.

I want to confirm that I'll be given reports showing my decrease in productivity for the months of October and November that we spoke about yesterday. I will also be requesting reports of a write up that was brought to my attention in earlier months during the beginning of the pandemic for this same matter; I was told I would be given documentation for it but never received it. Between August and September after a group meeting, Quiana, via phone, informed me there would be no write up and solely be a warning.

Yesterday afternoon I attempted to access my Paycom to finish inputting my hours for the week and to print my paystubs but was unable to do so. I would like to input my hours and verify if my times from last week were also entered. I will be needing copies of all my paystubs dated from January of this year up to date.

I will gladly pass by the office first thing Monday morning to drop off my equipment. This should give you enough time to redact any client information under my account and gather everything requested above.

Best regards,

Christopher Guarnizo


**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    Thu, Dec 3, 2020 at 10:39 AM
To: cguarnizo41@gmail.com



### Address not found

Your message wasn't delivered to **jblue@chrysalisheaalth.com** because the domain chrysalisheaalth.com couldn't be found. Check for typos or unnecessary spaces and try again.


    The response was:

```
DNS Error: 1595348 DNS type 'mx' lookup of chrysalisheaalth.com responded with code NXDOMAIN
Domain name not found: chrysalisheaalth.com
```

Final-Recipient: rfc822; jblue@chrysalisheaalth.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 1595348 DNS type 'mx' lookup of chrysalisheaalth.com responded with code NXDOMAIN
 Domain name not found: chrysalisheaalth.com
Last-Attempt-Date: Thu, 03 Dec 2020 07:39:02 -0800 (PST)

---------- Forwarded message ----------
From: Christopher Guarnizo <cguarnizo41@gmail.com>
To: jblue@chrysalisheaalth.com
Cc: lwoodell@chrysdalishealth.com, qewing@chrysalishealth.com, llynch@chrysalishealth.com
Bcc:
Date: Thu, 3 Dec 2020 10:38:49 -0500
Subject: Termination Documents
Good morning Jennifer,

I wanted to follow up with you from yesterday's meeting and re-establish a few things that were discussed. I know you asked if I could take my equipment back to the office today but unfortunately, I will not be able to do so. As I've mentioned before to Quiana, I am getting married today, hence my last request for PTO.

I want to confirm that I'll be given reports showing my decrease in productivity for the months of October and November that we spoke about yesterday. I will also be requesting reports of a write up that was brought to my attention in earlier months during the beginning of the pandemic for this same matter; I was told I would be given documentation for it but never received it. Between August and September after a group meeting, Quiana, via phone, informed me there would be no write up and solely be a warning.

Yesterday afternoon I attempted to access my Paycom to finish inputting my hours for the week and to print my paystubs but was unable to do so. I would like to input my hours and verify if my times from last week were also entered. I will be needing copies of all my paystubs dated from January of this year up to date.

I will gladly pass by the office first thing Monday morning to drop off my equipment. This should give you enough time to redact any client information under my account and gather everything requested above.

Best regards,

Christopher Guarnizo

---

**Christopher Guarnizo** <cguarnizo41@gmail.com>   Thu, Dec 3, 2020 at 10:41 AM
To: lwoodell@chrysalishealth.com
Cc: qewing@chrysalishealth.com, llynch@chrysalishealth.com, jblue@chrysalisheaalth.com

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>   Thu, Dec 3, 2020 at 10:41 AM
To: cguarnizo41@gmail.com

## Address not found



Your message wasn't delivered to **jblue@chrysalisheaalth.com** because the domain chrysalisheaalth.com couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: 1123372 DNS type 'mx' lookup of chrysalisheaalth.com responded with code NXDOMAIN
Domain name not found: chrysalisheaalth.com
```

Final-Recipient: rfc822; jblue@chrysalisheaalth.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 1123372 DNS type 'mx' lookup of chrysalisheaalth.com responded with code NXDOMAIN
 Domain name not found: chrysalisheaalth.com
Last-Attempt-Date: Thu, 03 Dec 2020 07:41:39 -0800 (PST)


---------- Forwarded message ----------
From: Christopher Guarnizo <cguarnizo41@gmail.com>
To: lwoodell@chrysalishealth.com
Cc: qewing@chrysalishealth.com, llynch@chrysalishealth.com, jblue@chrysalisheaalth.com
Bcc:
Date: Thu, 3 Dec 2020 10:41:26 -0500
Subject: Re: Termination Documents
----- Message truncated -----

---

**Christopher Guarnizo** <cguarnizo41@gmail.com>  Thu, Dec 3, 2020 at 10:42 AM
To: jblue@chrysalishealth.com

[Quoted text hidden]

---

**Jennifer Blue** <jblue@chrysalishealth.com>  Thu, Dec 3, 2020 at 1:33 PM
To: Christopher Guarnizo <cguarnizo41@gmail.com>

Good afternoon Chris and Congratulations on getting married today!


Thank you for letting me know about the company equipment not getting dropped off today. Please find attached all document of discussions, staffing with verbal instructions and counseling forms including your final termination as well as one of two attachments regarding your productivity. Once I receive the additional form I will include with your paystubs when I get a chance to go into Paycom. I will have this to you by later today or tomorrow.


Let me know if you have any further questions and congratulations again!


### Jennifer Blue, MS, SPHR, CHC

Chief People and Experience Officer

Head of Strategic Communications

Chrysalis Health

3800 W. Broward Blvd. Suite 100

Fort Lauderdale, FL 33312

**p**: 954-587-1008 ext 1014

**f:** 954-208-5673

jblue@chrysalishealth.com

**OUR FUNDAMENTAL BELIEF:**

It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.

**OUR MISSION:**

It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.

**VISION:**

It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

**CONFIDENTIALITY NOTICE:** This message is protected under the Federal regulations governing confidentiality of Alcohol and Drug Abuse Patient Record, 42C.F.R Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45C.F.R patients 160 and 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosures of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this transmission is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

[Quoted text hidden]

---

**2 attachments**

- **CCF03122020.pdf**
  8405K

- **Copy of MU3 - Audit Log C Guarnizo November.pdf**
  162K

**Christopher Guarnizo** <cguarnizo41@gmail.com>     Thu, Dec 3, 2020 at 1:45 PM
To: Mabel Nodal <mabel.nodal@yahoo.com>

[Quoted text hidden]

---

**4 attachments**

> **image001.png**
> 1K

> **image001.png**
> 1K

> **CCF03122020.pdf**
> 8405K

> **Copy of MU3 - Audit Log C Guarnizo November.pdf**
> 162K

---

**Christopher Guarnizo** <cguarnizo41@gmail.com>     Thu, Dec 3, 2020 at 4:34 PM
Draft To: Jennifer Blue <jblue@chrysalishealth.com>

Good afternoon Jennifer,

Thank you for the previous documents sent. However, the termination letter confirms
[Quoted text hidden]

---

**2 attachments**

> **image001.png**
> 1K

> **image001.png**
> 1K

---

**Jennifer Blue** <jblue@chrysalishealth.com>     Thu, Dec 3, 2020 at 7:51 PM
To: Christopher Guarnizo <cguarnizo41@gmail.com>

Good evening Chris,

Please see attached pay stubs for the 2020 year to date as well as the additional productivity report for October. Let me know if you have any questions or need anything additional.

Once again, congratulations on your marriage and wish you all the best!

**Jennifer Blue, MS, SPHR, CHC**
Chief People and Experience Officer
Head of Strategic Communications
Chrysalis Health
3800 W. Broward Blvd. Suite 100
Fort Lauderdale, FL 33312
**p**: 954-587-1008 ext 1014
**f:** 954-208-5673
jblue@chrysalishealth.com

**OUR FUNDAMENTAL BELIEF:**

It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.

**OUR MISSION:**

It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.

**VISION:**

It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

**CONFIDENTIALITY NOTICE:** This message is protected under the Federal regulations governing confidentiality of Alcohol and Drug Abuse Patient Record, 42C.F.R Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45C.F.R patients 160 and 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosures of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this transmission is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Jennifer Blue <jblue@chrysalishealth.com>
**Sent:** Thursday, December 3, 2020 1:33 PM
**To:** Christopher Guarnizo <cguarnizo41@gmail.com>
**Subject:** Re: Termination Documents

[Quoted text hidden]

**2 attachments**

 **CG earnstatements.pdf**
1059K

 **Christopher G October Productivity.pdf**
410K

**Christopher Guarnizo** <cguarnizo41@gmail.com>                                   Thu, Dec 3, 2020 at 7:58 PM
To: Mabel Nodal <mabel.nodal@yahoo.com>

---------- Forwarded message ---------
From: **Jennifer Blue** <jblue@chrysalishealth.com>
Date: Thu, Dec 3, 2020, 7:51 PM
Subject: Re: Termination Documents
To: Christopher Guarnizo <cguarnizo41@gmail.com>

[Quoted text hidden]

**4 attachments**

**image001.png**
1K

...


**image001.png**
1K

**CG earnstatements.pdf**
1059K

**Christopher G October Productivity.pdf**
410K