UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-MGC

**Exhibit 7**

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.

_____/

## PLAINTIFF CHRISTOPHER GUARNIZO ANSWERS TO DEFENDANTS REQUEST FOR ADMISSION

Plaintiff, Christopher Guarnizo, pursuant to Fed. R. Civ. P. 26 and 34, Local rule 26.1, and other applicable rules and laws, responds to the First Request for Admissions served on him by Defendants as follows:

1.     Plaintiff did not have a colonoscopy done in September 2020.

**ANSWER:** Deny.

2.     Plaintiff had a colonoscopy on October 12, 2020.

**ANSWER:** Admit.

3.     According to the attached Exhibit 1, Plaintiff's doctor told him that he could return to normal activities the day after his colonoscopy on October 12, 2020.

**ANSWER:** Admit.

4. Plaintiff's doctor told Plaintiff that he could return to his normal activities following his October 12, 2020 colonoscopy.

ANSWER:  Deny.

5. Plaintiff's doctor never informed Plaintiff in September or October 2020 that his low hemoglobin may have been caused by cancer.

ANSWER:   Deny.

6. The doctor who performed the colonoscopy on October 12, 2020 was Dr. Floriano Marchetii.

ANSWER: Admit.

7. Dr. Matchetii never informed Plaintiff that Plaintiff low hemoglobin may have been caused by cancer.

ANSWER:  Admit.

8. Plaintiff performed work for Defendant on October 13, 2020 through October 16, 2020.

ANSWER: Admit.

9. Exhibit 2 (Bates 00038) reflects that Plaintiff worked for Defendant October 13, 2020 through October 16, 2020.

ANSWER: Plaintiff cannot admit or deny the accuracy of Defendant's record.

10. Plaintiff never asked for time off for any day on or between October 13, 2020 through October 16, 2020.

ANSWER:  Deny.

11. Plaintiff did not need time off from work for any day between October 13, through October 16, 2020.

**ANSWER:** Deny.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 24th day of April 2023, to Santiago Cueto, Esq., sc@cuetolawgroup.com , Cueto Law Group P.L., 4000 Ponce de Leon Blvd., Suite 470, Coral Gables, Florida 33146.

*s/*Toussaint M. Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

AUTHORIZATION TO USE AND/OR DISCLOSE PRIVATE PATIENT HEALTH INFORMATION
*HIPAA – COMPLIANT*

**I HEREBY AUTHORIZE:**

<u>Paola Cintron-Villa, MD</u>
<u>MedFlorida Medical Centers</u>
<u>21110 Biscayne Blvd., Suite 203</u>
<u>Aventura, FL 33180</u>

RECORDS AND INFORMATION PERTAINING TO:

**TO DISCLOSE TO:**

Gary A. Costales, Esq.
Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
gary@youremploymentattorney.com

PATIENT NAME: Christopher Guarnizo
SOCIAL SECURITY NUMBER: XXX-XX-
DATE OF BIRTH: 2/19/1991

Pursuant to Health Insurance Portability and Accountability Act, Florida Mental Health Act (Fla. Stat. § 394.4615), and the Florida Alcohol and Other Drug Service Act (Fla. Stat. § 397.501), my signature below authorizes and releases my protected health care records, including all medical, psychological, psychiatric, dental and/or prescription records as described in the addendum to the subpoena *duces tecum*, to **Gary A. Costales, Esq.** of the law firm of **Gary A. Costales, P.A.**, or any other duly authorized representative of his firm who represents Defendant, The Chrysalis Center, Inc. in the lawsuit filed against it in United States District Court for the Southern District of Florida, **Case No.: 22-CV-60710-Dimitrouleas**. Mr. Costales and other authorized representatives of his firm may review the information provided by <u>Paola Cintron-Villa, MD</u> concerning my medical, psychological, psychiatric, dental and/or prescription records and related issues, as duly authorized representatives of Defendant in connection with **Case No: 22-CV-60710-Dimitrouleas**, but no later than 180 days from the date of my signature below. The information provided may be used in any lawful manner in connection with **Case No: 22-CV-60710 Dimitrouleas.**

This Authorization is also subject to written revocation by the undersigned at any time between now and the disclosure of information by <u>Paola Cintron-Villa, MD</u>My written revocation will be effective upon receipt, but will not be effective to the extent that the Request or or others have acted in reliance upon this Authorization.

A copy of this Authorization has been provided to me.

Dated: _____

*Christopher Guarnizo (Apr 24, 2023 16:17 EDT)*

**Christopher          Guarnizo**

**AUTHORIZATION TO USE AND/OR DISCLOSE PRIVATE PATIENT HEALTH INFORMATION**
*HIPAA – COMPLIANT*

**I HEREBY AUTHORIZE:**

<u>Floriano Marchetti, MD</u>
<u>University of Miami</u>
<u>Hospital and Clinics</u>
<u>The Lennar Foundation</u>
<u>Medical Center</u>
<u>5555 Ponce de Leon Blvd</u>
<u>Coral Gables, FL 33146</u>

**TO DISCLOSE TO:**

Gary A. Costales, Esq.
Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143

RECORDS AND INFORMATION PERTAINING TO:

| |
|---|
| **PATIENT NAME:** Christopher Guarnizo |
| **SOCIAL SECURITY NUMBER:** XXX-XX-▒▒▒▒ |
| **DATE OF BIRTH:** 2/19/1991 |

Pursuant to Health Insurance Portability and Accountability Act, Florida Mental Health Act (Fla. Stat. § 394.4615), and the Florida Alcohol and Other Drug Service Act (Fla. Stat. § 397.501), my signature below authorizes and releases my protected health care records, including all medical, psychological, psychiatric, dental and/or prescription records as described in the addendum to the subpoena *duces tecum*, to **Gary A. Costales, Esq.** of the law firm of **Gary A. Costales, P.A.**, or any other duly authorized representative of her firm who represents Defendant, The Chrysalis Center, Inc, Inc. in the lawsuit filed against it in United States District Court for the Southern District of Florida, **Case No.: 22-CV-60710-Dimitrouleas**.  Mr. Costales and other authorized representatives of his firm may review the information provided by      Floriano Marchetti MD                 concerning my medical, psychological, psychiatric, dental and/or prescription records and related issues, as duly authorized representatives of Defendant in connection with **Case No: 22-CV-60710-Dimitrouleas**, but no later than 180 days from the date of my signature below. The information provided may be used in any lawful manner in connection with **Case No:** 22-CV-60710 Dimitrouleas.

This Authorization is also subject to written revocation by the undersigned at any time between now and the disclosure of information by Floriano Marchetti MD.  My written revocation will be effective upon receipt, but will not be effective to the extent that the Requestor or others have acted in reliance upon this Authorization.

A copy of this Authorization has been provided to me.

Dated: _____

_____
Christopher Guarnizo (Apr 24, 2023 16:18 EDT)
**Christopher         Guarnizo**