# Exhibit 8

**UNIVERSITY OF MIAMI HOSPITAL AND CLINICS**
U HEALTH

## AFTER VISIT SUMMARY

**Christopher Guarnizo** MRN: 10308519

📅 10/12/2020  📍 The Lennar Foundation Medical Center GI Procedures  📞 305-689-5555

---

## Instructions

 No changes were made to your medications.

---

## Your Next Steps

📍 Go

**DEC 10**  New Patient Telehealth 1:00 PM
John Joseph Byrnes, MD

You have more future appointments. Please review your full appointment list.

## Why you were hospitalized

Your primary diagnosis was: **Not on File**
Your diagnoses also included: Rectal Bleed

##  Providers seen during hospitalization

| Provider | Role | Specialty |
|---|---|---|
| **Attending Provider** | | |
| Marchetti, Floriano, MD | Attending Provider | Colon and Rectal Surgery |

## What's Next

**Call Kevin Baruch Fox, DO**
Specialty: Family Medicine

606 W Flagler St
Miami FL 33130
305-545-9292

**DEC 10**  New Patient Telehealth with John Joseph Byrnes, MD
Thursday Dec 10, 2020 1:00 PM

**SEP 20 2021**  Follow Up Appointment with Atil Y. Kargi, MD
Monday Sep 20, 2021 3:40 PM
Please arrive 30 minutes prior to your scheduled appointment time.

UMHC Sylvester Head and Neck Airway Clinic
1475 NW 12th AVE
1st FL
Miami FL 33136
305-243-3636

PLAINTIFF, CHRISTOPHER GUARNIZO
000218



## You are allergic to the following

Date Reviewed: **Oct 12, 2020**

| Allergen | Reactions |
| --- | --- |
| **Vancomycin** | Rash |

## ∿ Vitals

Most recent update: 10/12/2020  3:36 PM

| BP | Pulse | Temp | Resp |
| --- | --- | --- | --- |
| 109/61 | 93 | 97.1 °F (36.2 °C) | 30 |

## Most Recent Pain assessment (last 1 hours)

### Pain Assessment

| Row Name | 10/12/20
1532 |
| --- | --- |
| **Pain Assessed** | |
| Currently in Pain | No/denies |
| Row Name | 10/12/20
1535 |
| **Pain Assessed** | |
| Currently in Pain | No/denies |

## Discharge Instructions

No notes found.

PLAINTIFF, CHRISTOPHER GUARNIZO
000219

Epic

# Your Discharge Medication List - Take these medications

|  | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

⬦ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

PLAINTIFF, CHRISTOPHER GUARNIZO
000220

Epic

## My UHealthchart Activation Instructions

MyUHealthChart Access Code: **Activation code not generated**
**Current MyChart Status: Active**

For additional information on how to sign up visit the Frequently Asked Questions (FAQ) page at
www.MyUHealthChart.com or contact us at 877-448-1773.

IMPORTANT:  Take a copy of this document to your next doctor's appointment.

## Patient Statement Instructions

You may request an itemized bill and explanation of charges for services rendered at the University of Miami Health System which includes the University of Miami Hospital and Clinics – Bascom Palmer Eye Institute, Sylvester Comprehensive Cancer Center and UHealth Tower by calling Patient Financial Services at (305) 243-2900.

You may also request a personalized estimate of the anticipated hospital and professional charges and other information regarding the health care services you may be scheduled to receive at  the University of Miami Health System which includes the University of Miami Hospital and Clinics – Bascom Palmer Eye Institute, Sylvester Comprehensive Cancer Center, and UHealth Tower by calling our Patient Benefits Advisors at (305) 326-6486.

PLAINTIFF, CHRISTOPHER GUARNIZO
000221

Epic

Patient Signature: _____   Date: _____

PLAINTIFF_CHRISTOPHER GUARNIZO
000222

Name: Christopher Guarnizo | DOB: 2/19/1991 | MRN: 10308519 | PCP: Kevin Baruch Fox, DO

# COLONOSCOPY ORDER-DIAGNOSTIC - Details

Transcriptions



Patient Name: Christopher Guarnizo    Procedure Date: 10/12/2020 2:56 PM
MRN:                        Account Number:
Date of Birth:              Age:
Room:                       Gender: Male
Note Status:                Attending                    MD

Procedure:
Indications:
Providers:

Referring MD:

CC Letter to:

Medicines:
Complications:          No immediate complications.

Procedure:

RISTOPHER GUARNIZO
000223



Findings:



Impression:

Recommendation:      - Discharge patient to home (ambulatory).
- Patient has a contact number available for
emergencies. The signs and symptoms of potential
delayed complications were discussed with the patient.
Return to normal activities tomorrow. Written discharge
instructions were provided to the patient.
- High fiber diet and augmented water consumption diet
indefinitely.
- Return to my office in 1 month.


Attending Participation:
    I personally performed the entire procedure.



Electronically signed by _____
_____
_____, MD
10/12/2020 3:41:19 PM
I was present throughout the entire viewing.
Number of Addenda: 0

PLAINTIFF, CHRISTOPHER GUARNIZO

000224

Note Initiated On: 10/12/2020 2:56 PM
Scope Withdrawal Time: 0 hours 10 minutes 49 seconds
Total Procedure Duration: 0 hours 24 minutes 42 seconds

Form C-258 PHYSICIAN'S PROCEDURE NOTE (GI AND SPECIAL PROCEDURES)

## Component Results

There is no component information for this result.

## General Information

Order by ▓▓▓▓▓▓▓▓▓▓▓▓ , MD

Resulted on 10/12/2020 3:41 PM

Result Status Edited Result - FINAL

This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

PLAINTIFF, CHRISTOPHER GUARNIZO

000225

Name: Christopher Guarnizo | DOB: 2/19/1991 | MRN: 10308519 | PCP: Kevin Baruch Fox, DO

# AFTER VISIT SUMMARY

**Christopher Guarnizo**  MRN: 10308519 DoB: 2/19/1991

📅 10/12/2020  📍 The Lennar Foundation Medical Center GI Procedures 305-689-5555

## Today's Visit

You saw Maria Rene Suarez, MD on Monday October 12, 2020.

🔗 **Medications Given**
lactated ringers
lidocaine (Cardiac) PF (XYLOCAINE)
propofol (DIPRIVAN)

## What's Next

**SEP**
**20**
2021

**Follow Up Appointment with Atil Y. Kargi, MD**
Monday September 20 3:40 PM
Please arrive 30 minutes prior to your scheduled appointment time.

UMHC Sylvester Head and Neck
Airway Clinic
1475 NW 12th AVE
1st FL
Miami FL 33136
305-243-3636

For assistance scheduling your future appointments and testing please call 305-243-4000.  You can also request appointments via your MyUHealthChart account.

If you have not heard from your provider after getting your labs or tests done in 2 weeks, please call the office.

**Please take this summary of today's visit to any future appointments with Providers outside of the University of Miami Health System.**

## Problems Updated

Problems updated during this visit.

## Allergies

**Vancomycin**                                           Rash

## Your Medication List

### Notice

A record of your medication list is currently not available. If you need access to this medication list, call your doctor's office.

PLAINTIFF, CHRISTOPHER GUARNIZO

000226

## Patient Statement Instructions

You may request an itemized bill and explanation of charges for services rendered at the University of Miami Health System which includes the University of Miami Hospital and Clinics – Bascom Palmer Eye Institute, Sylvester Comprehensive Cancer Center and UHealth Tower by calling Patient Financial Services at (305) 243-2900.

You may also request a personalized estimate of the anticipated hospital and professional charges and other information regarding the health care services you may be scheduled to receive at the University of Miami Health System which includes the University of Miami Hospital and Clinics – Bascom Palmer Eye Institute, Sylvester Comprehensive Cancer Center, and UHealth Tower by calling our Patient Benefits Advisors at (305) 326-6486.

## Active Visit Insurance

Active coverage information associated to this visit.

## Active Insurance as of 10/12/2020

### Primary Coverage

| Payor | Plan | Insurance Group | Employer/Plan Group |
|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS FL BLUECARE HMO C | 58700043 | |
| Payor Plan Address | Payor Plan Phone Number | Payor Plan Fax Number | Effective Dates |
| PO BOX 1798 | | | 3/1/2020 - None Entered |
| Jacksonville FL 32231-0014 | | | |
| Subscriber Name | | | |
| GUARNIZO,CHRISTOPHER | | | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2020