**Exhibit 9**



Guarnizo v. The Chrysalis Center 000038