
www.chrysalishealth.com

**Exhibit 10**

# EMPLOYEE MISCONDUCT IN THE WORKPLACE

Chrysalis Health expects high standards of ethical conduct by the Board of Directors, Executive Management, Supervisors, and employees of the organization. It is the policy of Chrysalis Health that all employees do not engage in activities that are considered misconduct in the workplace (also see Reporting Employee Misconduct) and any known employee misconduct in the workplace be reported to Human Resources immediately. All incidents of misconduct will be followed up immediately and handled according to organization guidelines and all applicable local, state and federal regulatory guidelines.

**At no time may an employee engage in any of the following prohibited behaviors and actions that are considered misconduct in the workplace. I acknowledge and understand that at no time may an employee of Chrysalis Health:**

- Leaving a company laptop in personal or company vehicle (including the trunk) or other public place unattended when stolen.
- Willful failure to follow Management instructions or guidelines.
- Use of company facilities or property for personal use.
- Carry a firearm, knife or other weapon without prior approval and carrying permit.
- Theft or stealing from anyone at any location.
- Failure to perform essential tasks and duties of position, despite training, coaching and support provided.
- Creating a hostile or uncomfortable work environment.
- Persistent failure to complete in required timeframe timesheets, PTO requests and documentation for position.
- Placing clients in personal vehicle if unauthorized to do so.
- Failure to complete required annual training for position.

**Chrysalis Health maintains "zero tolerance" policies for the following prohibited behaviors and actions that are considered gross misconduct so serious that dismissal without notice may be justified following a workplace investigation:**

- Discrimination, bullying, excessive use of profanity and harassment of any kind (See Employee Harassment Policy).
- Use of drugs or alcohol while working (See Drug Free Workplace Policy and Certification).
- Fighting at work.
- Fraud, not billing for services when rendered or billing for services that never occurred (See Prevention and Detection of Fraud Attestation Form).
- Gross negligence or insubordination (See insubordination Policy Statement).
- Serious breaches of health and safety policies (See acknowledgement of manual receipts).
- Gross negligence of HIPAA and Confidentiality policies (See Confidentiality and HIPAA Privacy Agreement).
- Theft, including use of petty cash or company credit card for personal or unauthorized use.
- Serious willful damage to property.
- Use of Chrysalis Health Internet to access pornographic, obscene or offensive material.
- Second offense of leaving a company laptop in a personal or company vehicle (including the trunk) or other public place unattended when stolen.
- Sleeping while on duty in Group Living Care or Shelter Services Programs.

Version: 11.2015

Guarnizo v. The Chrysalis Center 000069



www.chrysalishealth.com

- Second offense of placing a client in a personal vehicle and unauthorized to do so.
- Failure to report abuse or neglect (See abuse and neglect policy).
- Gross negligence to complete required training for position.
- Engaging in a relationship with a client.
- Falsifying information in Chrysalis Health communication, i.e. emails, documents, letters, etc.
- Failure to report arrests or changes in driving licensure status.

I, Christopher Guarnizo, understand and agree to abide by the above policy on Employee Misconduct. I additionally understand that failure to comply with the above stated policy will result in termination of employment.

Employee Name: Christopher Guarnizo

Employee Signature: _____  Date: 11/23/15

Human Resource Representative: Gladys Grabb  Date: 11/23/15

Human Resources Signature: _____

Title: HR Generalist

Version: 11.2015

Guarnizo v. The Chrysalis Center 000070