

# CHRYSALIS HEALTH

## Documentation of Supervision

**Exhibit 11**

Today's Date: _____ 9.19.17

Employee Name: ___ Christopher Guarnizo

Position: ___ Data Specialist _____   Program/Dept: Data _____

**Statement:** Christopher and Supervisor discussed 30-day Performance Improvement Plans. The first implemented on 7/10/17 and the second implemented on 8/10/17. Performance Improvement Plans addressed Christopher's job performance and errors in data entry. Christopher reported he was relieved to complete both PIP's. Christopher reported he has been taking his time instead of rushing and has been communicating with the team to assist in finding better ways to obtain the data. Supervisor confirmed Christopher's statements and commended Christopher for his commitment to each job task that he was assigned during the past month. Supervisor reported assigning additional tasks to support the data team in the future. Overall, Christopher completed his 30-day PIP successfully.

Employee Signature: _____

Supervisor Name: __Britt Ehren / Jenean Wiggins__

Supervisor Signature: _____

Date Review/Notified: __9/19/17__



Version 02.2016

000268

EXHIBIT 0008 GUARNIZO 03.07.2023



## CHRYSALIS
HEALTH

## Counseling/Disciplinary Action

**Employee Name:** Christopher Guarnizo

**Today's Date:** __8/10/17__          **Date(s) of Performance Issue:** __8/3/17__

**Position:** __Data Specialist__     **Work Site:** __Broward__

**Performance Issue:**
- o  Unsatisfactory Job Performance      X  Dishonesty
- o  Safety Violation                    o  Insubordination
- o  Attendance (Dates: _____)
- o  Misconduct: _____
- o  Policy Violation: _____

**Description:** <u>This write up is to indicate two separate occurrences of dishonesty. The first on July 20, Supervisor asked Christopher to review data within ECR. Christopher reported he "assumed a staff member was the staff member that rendered the service instead of looking at the data." Supervisor requested Christopher re-review data. On the second occasion, supervisor requests daily status update of Chrysalis exception report within the billing portal; Supervisor checked the status in the morning, noting one pending client. When Christopher was asked by Supervisor if the report was checked, Christopher stated he checked and the report was "0." Christopher then reported he had thought the Supervisor was requesting the status for a different agency.</u>

**Action Taken:**
- o  **Verbal Warning (Dates:** _____)
- X  **1st Written Warning**    o  **With a Performance Improvement Plan (attached)**
- o  **2nd Written Warning**    o  **With a Performance Improvement Plan (attached)**
- o  **Termination of Employment**

**Corrective actions developed and follow-up plan:** Christopher was placed on a performance improvement plan on 7/10/17 after noting multiple errors occurring with data. Christopher will be placed on an additional 30-day performance improvement plan which will continue to monitor data errors. The DCF contract and the possibility of monetary fines associated with errors in data were discussed with Christopher. Supervisor will continue to monitor performance throughout 30 day improvement plan.

**Employee's Statement:** _____

_____

_____

I have received and reviewed this document with my supervisor. I further acknowledge and

Version 092015
000269

<<Guarnizo The Chrysalis Center#6#236>>

understand that failure to improve my performance in the above noted area(s) will result in further disciplinary action up to and including termination of employment. My signature means that I am in receipt of this document and does not necessarily imply that I agree with the counseling/disciplinary action.

Supervisor's Name: _Britt Ehren_ Date: _8/10/17_

Supervisor's Signature: _____ _8/10/17_

Employee Signature: _____ Date: _08/10/17_

Chief Human Resources Officer: _____

# Performance Improvement Plan

## 30-Day

Employee Name: <u>Chris Guarnizo</u>　　　　　Date: <u>8/10/17</u>

Position: <u>Data Specialist</u>　　　　　Site: <u>Broward Admin</u>

<u>A second 30-day performance plan was implemented on 8/10/17, in addition to a disciplinary action for dishonesty. This 30-day performance improvement plan has been implemented to address data errors and continued maintenance of the exception report. It was noted that there were fewer errors within one of the reports maintained by Christopher but also noted that during an assigned project, there were errors due to "guessing" instead of researching.</u>

**Actions Required:** <u>Christopher will be required to send email updates of exception reports to Supervisor and Data Manager 2 X per day. Christopher will be required to include status and percentage of exception report for both Chrysalis and Banyan. If there is no change in the report, Christopher will report that there has not been a change within an email. Christopher will be required to enter discharges in to the Concordia portal and maintain a spreadsheet of entered discharges throughout the month. Christopher will continue to work on assigned tasks including maintaining PERF, CFARS and FARS data. Christopher will communicate needs to Supervisor and Data manager who will communicate needs to outside agency for PERF, CFARS and FARS data. Chris will follow project guidelines and communicate to Supervisor when issues arise.</u>

I understand and acknowledge that failure to improve areas of improvement needed listed above and comply with any of the above Required Actions will result in further disciplinary action up to and including termination of employment during the next 30-days.

**Follow-up meeting:** August 10, 2017

Employee Statement: <u>Employee agreed to follow guidelines as specified above.</u>

Employee Signature: _____ Date: 08/10/17

Supervisor Signature: _____ Date: 8/10/17

Associate Director of Human Resources: _____

Chief Human Resources Officer: _____ 8/15/17

000271

# Performance Improvement Plan
## 30-Day

Employee Name: Chris Guarnizo                Date: 7/10/17

Position: Data Specialist                    Site: Broward Admin

As per our discussion on 7/10/17, the following area of improvement was discussed: Reduce errors when entering data in an effort to reduce time spent on fixing errors. Be able to communicate errors and issues to the team effectively and create explanations within emails with issues and or missing documentation. Additionally, staff will be able to communicate to Supervisor if staff does not have enough work, or if assistance is needed.

Supervisor and staff created guidelines for projects and ordered a calendar to track projects.

**Actions Required:** Chris will follow project guidelines and communicate to Supervisor when issues arise.

**I understand and acknowledge that failure to improve areas of improvement needed listed above and comply with any of the above Required Actions will result in further disciplinary action up to and including termination of employment during the next 30-days.**

**Follow-up meeting:** August 10, 2017

Employee Statement: <u>Employee agreed to follow guidelines as specified above.</u>

Employee Signature: _____ Date: 07/10/17

Supervisor Signature: _____ Date: 7/10/17

Human Resources Manager: _____ Date: _____

Chief Human Resources Officer: _____



# CHRYSALIS
HEALTH

## Documentation of Discussion

**Today's Date:** _____4.12.17_____

**Employee Name:** ___Christopher Guarnizo

**Position:** ___ Data Specialist _____ **Program/Dept:** Data_____

**Statement:** Christopher and Supervisor continued to discuss job responsibilities. Supervisor discussed daily tasks to support needs of the data department. Supervisor reviewed the following tasks: daily maintenance of exception reports, mental health outcomes/cfars – ongoing project to track mental health clients, entering SA admissions and UA uploads. Supervisor discussed pulling exception reports multiple times per day and emailing Supervisor with delinquent documents at the end of each day (if necessary). Supervisor also requested daily updates of exception reports for each agency. Supervisor requested Chris to contact her when tasks are completed for additional tasks.
As discussed previously, during the first 7 days of the month, Chris will assist in assigned job duties related to data uploads. Supervisor and Chris additionally discussed use of cell phone during working hours. Chris agreed to cell phone usage for music purposes only.

**Employee Signature:** _____

**Supervisor Name:** ___Britt Esther_____

**Supervisor Signature:** _____

**CHRO Signature:** _____

**Date Review/Notified:** ___4/17/17_____

Version 02.2016

000273                                         <<Guarnizo The Chrysalis Center #6#236>>



# CHRYSALIS
HEALTH

## Documentation of Discussion

**Today's Date:** _____3.16.2017_____

**Employee Name:** ___Christopher Guarnizo

**Position:** ___ Data Specialist _____ **Program/Dept:** Data_____

**Statement:** Christopher and supervisor discussed overall job satisfaction and responsibilities. Chris reported he excels when instructions are clear and consistent. To ensure consistency, supervisor and Chris discussed weekly and ongoing tasks to support needs of the data department. Supervisor assigned the following tasks to Chris: daily maintenance of exception reports, mental health outcomes/cfars – ongoing project to track mental health clients, entering SA admissions and UA uploads. During the first 7 days of the month, Chris will assist in assigned job duties related to data uploads, to be determined during next upload period in April. Chris will learn additional duties relating to uploading data with the guidance of data team.

**Employee Signature:** _____

**Supervisor Name:** Britt Ehren _____

**Supervisor Signature:** _____

**CHRO Signature:** _____

**Date Review/Notified:** 3/18/17 _____

Version 02.2016

000274

# Employee Meeting

| Christopher Guarnizo | Data Entry Specialist | | |
|---|---|---|---|
| Billing and Data Supervisor | Quiana Ewing | Department: Billing Department | |

## CURRENT RESPONSIBILITIES

- Exceptions Report both Chrysalis and Banyan for all programs
- Error Reports
- Flips client services that were setup incorrectly
- Checks for incorrect SSN and makes changes
- Post Med3000 and Concordia payment from EOP's

## THINGS YOU WOULD CHANGE ABOUT YOUR RESPONSIBILITIES

- More day-to-day responsibilities

## STRENGTHS AND AREAS FOR DEVELOPMENT

- Posting
- Training on uploads

**The following Implementations will take place effective immediately for the betterment of our department**

**Misconducts that may result in disciplinary actions:**
**Policies can be found on pages 89-94 of the Chrysalis Health Employee Manual**

- Excessive cell phone usage for personal use
- Game playing and video/movie watching
- Excessive use of Internet for personal use

**Policies can be found on pages 114-119 of the Chrysalis Health Employee Manual**

- All Over Time needs prior written approval

**Policies can be found on pages 158-173 of the Chrysalis Health Employee Manual**

- Please request PTO three weeks prior to requested off date
- In the event you request PTO out of the three week deadline PTO will only be approved with proper documentation or on emergency basis
- Employees who regularly fail to report to work as scheduled three or more times within a month period will be subject to disciplinary actions. This includes employees who regularly fail to report to work as scheduled or leave prior to ending schedule
- Please remember to present yourself in a neat, clean and professional manner at all times

**News/Reminders**

- Monthly employee incentives
- Computers will remain in office unless approved by both Quiana and Wilfredo
- Volume on cell phones should remain as low as possible
- You may listen to music through headphones with your cell phone out of sight

000275   <<Guarnizo the Chrysalis Dam#6#236>>

## Employee Meeting

- Private calls should be addressed away from your desk. Please keep in mind that when taking a phone call away from your work station it will account towards your two 15 minute breaks
- Please keep in mind that no one is allowed to clock in 15 minutes prior to their scheduled time nor work over their scheduled time without prior approval from both Quiana and Wilfredo

**EMPLOYEE SIGNATURE SUPERVISOR SIGNATURE**

| Signature | | Signature | |
|---|---|---|---|
| Name | Christopher Guarnizo | Name | Quiana Ewing |
| Date | December 20, 2016 | Date | December 20, 2016 |



# CHRYSALIS
HEALTH

## Documentation of Discussion

**Today's Date:** December 29, 2016

**Employee Name:** Christopher Guarnizo

**Position:** Data                        **Program/Dept.:** Billing

**Statement:** The following topics were discussed in the Billing department on 12/29/16:

- **Paycom Issues:**
  - Employees will clock in to Paycom when they arrive to work. In the event that there is an issue with Paycom (unable to login, unable to access timesheet, etc.), employees are to email Jessica Goldstein immediately to add the punch. Time punches will not be added or edited without approval from Quiana or Leslie.
- **Breaks and Clocking In/Out:**
  - All employees receive 2 breaks per day of 15 minutes.
  - Lunch breaks must be indicated on the timesheets, if an employee chooses to eat lunch at his/her desk they may do so but if they leave to go pick up food it must be indicated on the timesheet.
  - Employees may not clock in or out from their cell phones. All clocking in and out must be from in the office on an authorized Chrysalis computer.
- **Overtime:**
  - All overtime must have prior approval from Quiana and/or Leslie.
  - Unauthorized overtime may result in disciplinary action up to and including termination of employment.
- **Cell Phone Use:**
  - Personal phone calls must be taken outside of the current Viceroy office and will count towards the two 15 minute breaks.
  - Employees may listen to music via their headphones however, movies and/or television may not be watched on cell phones during the work day unless employee is on a lunch break while off the clock.
- **PTO Requests:**
  - PTO must be requested in advance, per company policy. The deadline for submitting PTO requests is 5pm on Friday before payroll is due.
  - In the event PTO must be requested for an emergency, the PTO request must be submitted ASAP.

Version 02.2016

000277                                                                         <<Guarnizo the Chrysalis Center#6#236>>

**Employee Name:** Christopher Guarnizo

**Employee Signature:** *[signed]*

**Supervisor Signature:** Luana Ewing

**CHRO Signature:** *[signed]*

**Date Review/Notified:** 12/29/16

Version 02.2016

# CHRYSALIS
## HEALTH

### Counseling/Disciplinary Action

**Employee Name:** Christopher Guarnizo

**Today's Date:** 11/2/2016   **Date(s) of Issue:** 11/01/2016

**Position:** Data Entry Clerk   **Program/Department:** Billing Dept

**Performance Issue:**
- ○ Unsatisfactory Job Performance
- ○ Dishonesty
- ○ Safety Violation
- ○ Insubordination
- ○ Attendance (Dates: _____)
- ☑ Misconduct: Watching movies and playing games on cellphone
- ○ Policy Violation: _____

**Statement:** Employee continues to watch movies on his cellphone after several warnings (verbal). This issue has been discussed in staff meeting and minutes was distributed to all Billing/Data Staff. (See attached)

**Action Taken:**
- ○ Verbal Warning (Dates: 6/2/2016)
- ☑ 1st Written Warning   ○ With a Performance Improvement Plan (attached)
- ○ 2nd Written Warning   ○ With a Performance Improvement Plan (attached)
- ○ Termination of Employment

**Corrective actions and follow-up plan if applicable:** Employee should cease all watching of movies and playing of video games on cellphone.

**Employee's Statement:** _____

I have received and reviewed this document with my supervisor. I further acknowledge and understand that failure to improve my performance in the above noted area(s) will result in further disciplinary action up to and including termination of employment. My signature means that I am in receipt of this document and does not necessarily imply that I agree with the counseling/disciplinary action.

**Supervisor's Name:** Dean Pottinger   **Date:** 11/2/2016

**Supervisor's Signature:** [signature]

**Employee Signature:** [signature]   **Date:** 11/02/16

Version 02.2016

CHRO Signature: _____

Date Review/Notified: 11/3/14