**Exhibit 12**

Employee Manual

Jessica Vardaman <jvardaman@chrysalishealth.com>
Wed 2/12/2020 4:16 PM
To: Christopher Guarnizo <cguarnizo@chrysalishealth.com>

1 attachments (267 KB)
Employee Manual.docx;

Hi Chris,

Please see attached!

Thank you,

Jessica Goldstein Vardaman, MHA, SPHR
Director of People and Experience
Chrysalis Health
p:954-587-1008 ext: 1064 | f: 954-208-5673
e: jgoldstein@chrysalishealth.com |
a: 3800 W. Broward Blvd. Ste. 100 Ft. Lauderdale, FL 33312



OUR FUNDAMENTAL BELIEF:
It is our fundamental belief that everyone is deserving and capable of achieving health, happiness, productivity, and personal wellness goals.
OUR MISSION:
It is our mission to ensure our clients achieve optimal levels of wellbeing through the provision of compassionate, innovative and effective behavioral health and wellness services.
VISION:
It is our vision to be a recognized leader in the promotion and provision of state-of-the-art behavioral health and wellness services in an environment that fosters compassionate care, clinical excellence, innovation, personal and professional growth, workplace satisfaction, and responsible and sustainable business practices.

CONFIDENTIALITY NOTICE: This message is protected under the Federal regulations governing confidentiality of Alcohol and Drug Abuse Patient Record, 42C.F.R Part 2 and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45C.F.R patients 160 and 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosures of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. The information contained in this transmission is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.



Where **People** Come **First**

Employee Handbook
Revised July 2019

Guarnizo v. The Chrysalis Center 000366

# Welcome to Chrysalis Health!

Dear Team Member,

Welcome to the Chrysalis Family! Chrysalis Health is an organization of excellence with extraordinary employees. We are honored that you have chosen to start or continue your professional journey with Chrysalis Health, a private, for-profit organization. We encompass a dynamic, multi-cultural, diverse and incredibly talented professional family that is a recognized leader in state of the art behavioral health treatment throughout Florida.

You are joining an organization where people come first, an organization that believes it's people make up the very fabric of what makes Chrysalis Health what it is today. Chrysalis Health believes in continuous learning and development, in team members making contributions to improve experience and in celebrating accomplishments. As you become familiar with our culture, core values, vision and mission, we hope you take advantage of the opportunities available to advance your career which will also further Chrysalis Health's mission.

We have designed a handbook to further acquaint you with our organization and provide you with important information, such as benefits and policies and procedures related to your employment. This handbook describes many of your responsibilities as a Team Member and

Please take the time to review the policies and benefits to you contained in this handbook. From time to time, the information included may be amended and every effort will be made to keep you informed through suitable lines of communication, including meetings, emails, on-line forums, postings and/or notices sent directly to you. If you have questions, feel free to contact your supervisor or the People Operations Department.

Like many of our Team Members, we believe you will find that your decision to join Chrysalis Health was one of the best you've ever made. CONGRATULATIONS! We extend to you our personal best wishes for your success and happiness at Chrysalis Health and look forward to the journey we will experience together. Again, welcome to our Chrysalis Health Team!

Sincerely,

Your Executive Management Team

**Guarnizo v. The Chrysalis Center 000367**

# Table of Contents

**Description of Handbook** ...................................................................................................5

**Communication is Key**..........................................................................................................

**About Chrysalis Health** ......................................................................................................6

**What You Can Expect From Us** ........................................................................................6

Equal Employment Opportunity ....................................................................................... 22

Americans with Disabilities Act ....................................................................................... 23

Employment Practices ...................................................................................................... 14

Employment Relationship ................................................................................................ 14

Employment Classification ............................................................................................... 14

90-Day Orientation Period ............................................................................................... 15

Employment Anniversary Date ........................................................................................ 15

Confidentiality of Employee Files..................................................................................... 15

Promotions & Transfers ................................................................................................... 15

Resignations ..................................................................................................................... 16

Layoff & Retrenchment..................................................................................................... 16

Exit Interviews .................................................................................................................. 17

Return of Chrysalis Health Property................................................................................ 17

Communication ................................................................................................................. 17

Communications with the Media ..................................................................................... 17

Use of Communication Systems & Company Equipment ....................................... 17

Department Meetings....................................................................................................... 19

Background Screenings ................................................................................................... 19

Legal Assistance............................................................................................................... 19

Employee Coaching ........................................................................................................ 20

Progressive Disciplinary Action ..................................................................................... 20

Grievance Procedures.................................................................................................... 22

Nepotism ........................................................................................................................ 25

Payroll and Compensation............................................................................................. 26

Payroll Schedule & Payday ............................................................................................ 26

Paycom Timesheets ....................................................................................................... 26

Payroll Deductions ......................................................................................................... 26

Wage Garnishments....................................................................................................... 26

Overtime Pay .................................................................................................................. 27

Performance Evaluations ............................................................................................... 27

Compensation Reviews.................................................................................................. 28

Employee Benefits ......................................................................................................... 28

Eligibility for Benefits ..................................................................................................... 28

Benefits & Services........................................................................................................ 29

Paid Time Off (PTO) ....................................................................................................... 29

Jury Duty ........................................................................................................................ 30

Bereavement .................................................................................................................. 31

Family Medical Leave of Absence (FMLA)..................................................................... 31

Domestic Violence Leave ............................................................................................... 32

Personal Leave of Absence............................................................................................ 32

Military Leave of Absence ............................................................................................. 33

Insurance Benefits.......................................................................................................... 33

Retirement Plan .............................................................................................................. 35

Standards of Excellence................................................................................................. 36

3

**Guarnizo v. The Chrysalis Center 000369**

Professional Standards ............................................................................................. 36

Time and Attendance ............................................................................................... 37

Personal Appearance................................................................................................ 38

Corporal & Degrading Punishment........................................................................... 39

Employee Conflict of Interest .................................................................................. 40

Mutual Respect in the Workplace ............................................................................ 41

Workplace Harassment & Hostile Work Environment............................................. 41

Employee Misconduct.............................................................................................. 43

Reporting Employee Misconduct………………………………………………………………………..44

Drug Free Workplace ............................................................................................... 44

Learning and Development…..………………………………………………………………………….48

Orientation Training ................................................................................................. 48

Annual Training & Development.............................................................................. 49

Employee Supervision .............................................................................................. 49

Risk Management……………………………………………..……………………………………….……..50

Employee Accident/Injury, Investigation & Reporting Procedures.......................... 50

Identification & Containment of Communicable Diseases ...................................... 51

Safety in the Workplace ........................................................................................... 52

Transportation ......................................................................................................... 53

Tobacco Use ............................................................................................................. 57

Security .................................................................................................................... 57

Disaster Preparedness, Response Procedure & Plan .............................................. 57

Fire & Safety Prevention .......................................................................................... 65

Safety & Security ...................................................................................................... 66

Maintaining a Safe & Sanitary Living Environment ................................................................. 68

Personal Work Habits of Food Personnel......................................................................... 70

Special Health Precautions, Prevention & Control of Contagious or Infectious Disease………………..…………72

Investigation & Reporting Procedures ............................................................................. 72

Identification & Containment of Communicable Diseases ..................................... 72

Client Related Policies………………………………………………………………………………….71

Client Rights ............................................................................................................. 73

Nondiscrimination Policy ....................................................................................... 75

After Hours Contact & Support ............................................................................. 77

Permitted Service Modalities, Interventions, Activities & Behavior Support & Management……………………..78

Incident Reporting ................................................................................................. 80

Serious Accident, Injury & Illness ......................................................................... 81

Missing Clients/Elopement Policy ........................................................................ 82

Suicide Attempt/Gesture Policy ............................................................................ 82

Client Neglect & Abuse ......................................................................................... 83

Confidentiatlity Related to HIV Clients ................................................................ 84

Contract & Legal Issues, Confidentiality & CQA/Risk Management………………………..……………………………84

Contracts & Regulatory Compliance.................................................................... 84

Judicial Issues......................................................................................................... 85

Confidentiality....................................................................................................... 86

CQI/Risk Management......................................................................................... 97

Risk Prevention & Management ......................................................................... 98

HR Questions & Answers .................................................................................... 100

**Guarnizo v. The Chrysalis Center 000371**

# Description of Handbook

We have prepared this Employee Handbook to acquaint you with Chrysalis Health employment policies, procedures and valuable benefit opportunities. We believe employees are happier and more valuable if they know what to expect from their employer and what their employer expects from them. This Handbook will introduce you to Chrysalis Health and will acquaint you with our fundamental belief, mission, vision, core values, standards of excellence, philosophy, company culture, employment practices and policies, conditions of employment, compensation and benefits, as well as other important employment related information. Additionally, it will familiarize you with guidelines to our employment expectations and your rights as an employee of Chrysalis Health. Our expectation of you is to incorporate this information into your day-to-day position responsibilities and work performance striving to meet Chrysalis Health's mission, vision, core values and standards of excellence in everything you do.

The information contained in this Handbook applies to all employees of Chrysalis Health. One of your first responsibilities as a new team member is to read this handbook carefully, familiarize yourself with its contents and keep handy for future reference. Nothing in the Handbook is intended to create an expressed or an implied contract of employment for any period of time. Rather, at all times during employment, any employee not having an expressed or written employment contract retains the right to leave Chrysalis Health at will and Chrysalis Health retains the right to terminate the employment of any person with or without cause at any time. This handbook will serve the purpose of and is presented as an informative guide, it may never answer all possible questions you may have and should never be considered all-inclusive. Furthermore, its contents should not be interpreted as a contract between Chrysalis Health and of its employees.  While every attempt has been made to create these personalized policies consistent with federal and state law, if an inconsistency arises, the policy will be enforced consistent with applicable law.

Due to the ever changing and evolving nature of our business, Chrysalis Health reserves the right to change, delete, suspend or discontinue any part or parts of the policies, procedures, compensation, benefits and employment policies in this Employee Handbook at any time without prior notice. No one other than the Executive Management Team of Chrysalis Health may alter or modify any of the content throughout this Employee Handbook. No statement or promise by a supervisor or department leader may be interpreted as a change in policy nor will it constitute an agreement with an employee. Any changes will be effective on dates determined by Chrysalis Health Executive Management Team and policies practiced prior to any effective changes will be considered invalid. Notification of such changes will be posted, emailed, as well as uploaded on-line by the People Operations Team.

Should any provision in the Employee Handbook be found to be unenforceable and invalid, such finding does not invalidate the entire Employee Handbook, but only the subject provision. If you are uncertain about any policy or procedure, please check with your supervisor or your People Operations Team. This Employee Handbook replaces

Guarnizo v. The Chrysalis Center 000372

## BENEFITS AND SERVICES

Chrysalis Health is committed to excellence in employee relations, health and wellness, as well as job satisfaction. In addition to receiving equitable pay and an equal opportunity for professional training, development and advancement, you may be eligible to enjoy other benefits and services.

A well-rounded benefits package is a solid investment for Chrysalis Health and our employees. With this philosophy we are able to contribute towards improving employee health, welfare and morale, as well as continue to attract and retain qualified and diverse talent.  Chrysalis Health reviews the benefits package annually and will make modifications as needed to best meet the needs of employees and ensure its appropriateness to the organization's condition. Please note that this employee manual contains only a brief description of the benefit plans provided and Chrysalis Health reserves the right to change, amend or terminate the benefit plans or policies at any time.

## PAID TIME OFF (PTO)

Chrysalis Health combines vacation, sick and holiday time into one category referred as PTO (Paid Time Off). Only full time and three quarter time employees, as defined in this employee manual, are entitled to PTO. Chrysalis Health may be closed during certain days of the year, which are listed below.  PTO is designed for use towards days in which the offices are closed, as well as for vacation and sick time.  For our adult programs and group living programs, which may be open on some or all of the holidays, you may be required to work on a holiday (please see schedule below). Since holiday time is accrued as PTO, you can use holiday time at your leisure and not just during the holiday. PTO must be requested a minimum of 3 weeks in advance of the needed time. Employees who provide 2 weeks to 4 weeks resignation notice must work the entire period without requesting or utilizing PTO. Furthermore, PTO has no cash value, may not be requested once a resignation is submitted and will not be paid out upon voluntary resignation or termination of employment from Chrysalis Health. Employees who are rehired will not be credited for former time worked and/or for unused accumulated PTO from previous employment.

PTO accumulates as follows:

**1. FULL TIME EMPLOYEES (employees who work 35-40 hours per week on a consistent basis):**
- First year of employment: 156 hours (accumulated at 6 hours per pay period) (accommodates 1 week vacation, 1 week sick and 9.5 days of holiday time)
- Second year of employment: 195 hours (accumulated at 7.5 hours per pay period) (accommodates 2 weeks vacation, 1 week sick and 9.5 days of holiday time)
- After 5 years of employment:  239 hours (accumulated at 9.2 hours per pay period) (accommodates 3 weeks vacation, 1 week sick and 9.5 days of holiday time)
- After 10 years of employment: 279 hours (accumulated at 10.75 hours per pay period) (accommodates 4 weeks vacation, 1 week sick and 9.5 days of holiday time)

**2.  THREE-QUARTER TIME EMPLOYEES (employees who work 30-35 hours on a consistent basis):**  ¾ time employees are entitled to 4.5 hours of PTO, regardless of the length of employment.

Please note: no staff member may accumulate more than 160 hours of PTO at any given time. Therefore, if you are getting close to that amount, please request time off and begin to use your hours with supervisor approval, or you will lose them.  Paid time off has no cash value and will not be paid out to you upon resignation or termination of employment.

Guarnizo v. The Chrysalis Center 000403

Chrysalis Health's holiday schedule is listed below:

| HOLIDAY | PROGRAMS CLOSED | HOLIDAY PAY for shifts worked (an additional $4 per hour): |
|---|---|---|
| Martin Luther King Day | Administrative Office only | 8 hours at adult program |
| Good Friday | Administrative Office only | 8 hours at adult program |
| Memorial Day | Administrative Office and Adult Program Office only | C on day before, and A & B at residential programs |
| 4th of July | Administrative Office and Adult Program Office only | C on day before, and A & B at residential programs |
| Labor Day | Administrative Office and Adult Program Office only | C on day before, and A & B at residential programs |
| Thanksgiving | Administrative Office and Adult Program Office only | C on day before, and A & B at residential programs |
| Day After Thanksgiving | Administrative Office only | C on day before, and A & B at residential program and 8 hours at adult program |
| Christmas Eve | Administrative Office only, ½ day | B and C shift on Christmas Eve and A and B shift on Christmas Day at residential programs |
| Christmas | Administrative Office and Adult Program Office only | B and C shift on Christmas Eve and A and B shift on Christmas Day at residential programs |
| New Year's Eve | Administrative Office Only, ½ day | B and C shift on New Year's Eve and A and B shift on New Year's Day at residential programs |
| New Year's Day | Administrative Office and Adult Program Office only | B and C shift on New Year's Eve and A and B shift on New Year's Day at residential programs |

## JURY DUTY

Employees must notify their supervisor immediately upon receiving a summons for jury duty. The original jury duty summons must be provided to human resources and included in the employee file.

The employee must provide the summons and jury expectations/duration to the Human Resources Department for payroll purposes. Chrysalis Health does not pay employees for jury duty, unless otherwise specified by county ordinance. Employees are permitted to use PTO for time taken off for jury duty. Upon completion of jury duty, you must furnish verification of court attendance. No paid leave is available for personal litigation.

## BEREAVEMENT

All employees are entitled to take up to 1 paid workday to attend the funeral and take care of personal matters related to the death of a immediate family member (parent, grandparent, sibling, aunt and/or uncle) and may use up to 2 unpaid days and use any PTO that they are entitled to and have accumulated towards such leave.

## FAMILY MEDICAL LEAVE OF ABSENCE (FMLA)

It is the policy of Chrysalis Health to grant up to 12 weeks of family and medical leave during any 12-month period to eligible employees in accordance with the Family and Medical Leave Act of 1993 (FMLA).

Guarnizo v. The Chrysalis Center 000404

Eligible employees to take leave under (FMLA) must have been employed with Chrysalis Health for at least a total of 12 months and worked at least 1,250 hours during the previous 12 months. Eligible employees will be granted up to a total of 12 unpaid workweeks of leave during any 12-month period. Spouses that are legally married and are both employees of Chrysalis Health may be limited to a total of 12 weeks combined during any 12-month period.

Chrysalis Health defines 12 months as a "rolling" 12-month period measured backward from the date an employee uses any FMLA leave.

FMLA leave will be granted for any of the following reasons:

- For the birth or placement of a child for adoption or foster care;
- To care for an immediate family member (spouse, child or parent) with a serious health condition; or
- To take medical leave when you, the employee, is unable to work because of a serious health condition.

A serious health condition is defined as an illness, injury, impairment or physical or mental condition that involves inpatient care in a hospital, hospice or residential medical care facility, or continuing treatment by a board certified health care provider.

Subject to the terms, conditions and limitations of the applicable plans, Chrysalis Health will continue to provide health and/or dental insurance benefits during approved FMLA leave. Employees must continue to pay their portion of any insurance premiums. These payments will be deducted from your paycheck until all accrued PTO time has been used. After all paid time off has been used; employees will be required to submit insurance payment on a minimum of a monthly basis with a check made out to Chrysalis Health to retain coverage. Failure to submit insurance premium payment beyond 30 days will result in termination of coverage.

Under ordinary circumstances, employees must provide 30 days notice when leave is "foreseeable". In circumstances where FMLA leave is not foreseeable, employees should give as much notice as possible. Request for FMLA leave needs to be put in writing on a "request for time off" form to your immediate supervisor. Supervisors will forward requests to the Human Resources Department for approval and processing.

Employees requesting leave to attend to a serious health condition of a child, spouse or parent or for a personal serious health condition must submit a board certified health care provider's statement, verifying the need for family leave and expected duration of leave necessary. The Human Resources Department has available certification forms for a certified health care provider to complete for approved FMLA leave.

Chrysalis Health may also require a second opinion (at Chrysalis Health's expense) in order to properly determine eligibility under the Family and Medical Leave Act. FMLA leave may be denied if all of the above requirements are not met.

During FMLA leave, employees will be required to first use any accrued PTO time prior to taking unpaid leave. Other than PTO, Chrysalis Health does not provide paid leave for FMLA.
If an employee fails to report to work promptly at the end of an approved leave, except for valid reasons submitted in writing at least 1 week in advance to your supervisor and Human Resources. Failure to communicate and/or return from personal leave at the time agreed will result in termination of employment and be considered job abandonment and a voluntary resignation. Following the 12-week period, Chrysalis Health is no longer responsible for holding your last position prior to taking FMLA or to offer a comparable position.

**Guarnizo v. The Chrysalis Center 000405**

**EXCEPTION TO THE 12 WEEK FMLA PERIOD:** An employee who has a child, spouse or parent who is injured during active duty in the military may take up to 26 weeks (rather than 12 weeks), per year, of unpaid leave to care for the family member.

PTO will no longer accrue during FMLA leave of absence taken for any reason.

## DOMESTIC VIOLENCE LEAVE OF ABSENCE

Under Florida State Law, employees, who have been employed with Chrysalis Health for 3 months, are entitled to 3 days of unpaid leave in a 12-month period if the employee or a family or household member is a victim of domestic violence.

Leave must be used for specific activities including:

- Seeking an injunction for protection against domestic violence or repeat violence, dating violence, or sexual violence;
- Obtaining medical care or mental health counseling or both for the employee or a family or household member to address injuries resulting from domestic violence;
- Obtaining services from victims services organizations such as a domestic violence shelter or rape crisis center;
- Making the employee's home secure from the perpetrator of domestic violence or finding a new home to escape the perpetrator;
- Seeking legal assistance to address issues arising from domestic violence or attending or preparing for court related proceedings arising from the act of domestic violence.

Employees must provide the employer with appropriate advance notice of the leave except in cases of imminent danger to the health or safety of the employee or a family member. Employees will be required to provide documentation of the act of domestic violence.

Employees must exhaust all accrued PTO in order to be granted Domestic Violence Leave. PTO will no longer accrue during a Domestic Violence leave of absence.

## PERSONAL LEAVE OF ABSENCE

Chrysalis Health may grant an unpaid leave for personal reasons, but never for taking employment elsewhere or venturing into your own business. Personal leave of absence may be granted for up to 30 days. Employees will be required to use any accrued PTO time during such leave. PTO will no longer accrue during a personal leave of absence.

Employees requesting an unpaid leave of absence must put request for leave in writing and submit to immediate supervisor. A personal leave of absence must not interfere with the operations of your department or Chrysalis Health. Executive Management must approve all unpaid leave of absence requests for management positions. Failure to return from personal leave at the time agreed will result in termination of employment and be considered job abandonment and a voluntary resignation.

Chrysalis Health will continue to provide health, dental, vision, STD/LTD, supplemental and/or additional life insurance benefits during approved personal leave. Employees must continue to pay their portion of any insurance premiums. Payment for insurance will be deducted from your paycheck if any remaining PTO time is available. If no paid time off is available, employees will be required to submit an insurance payment with a check made payable to Chrysalis Health to retain coverage for that month. Failure to do so will result in loss of coverage. Employees that accept other employment or go into business while on personal leave will be considered to have voluntarily resigned from Chrysalis Health as of the day personal leave began.

Guarnizo v. The Chrysalis Center 000406

## MILITARY LEAVE OF ABSENCE

Any full-time or part-time employee inducted into the U.S. Armed Forces will be eligible for re-employment after completing military service, provided:

1. A copy of the military orders must be submitted to the Human Resources Department upon receipt and your supervisor must be immediately notified so that arrangements can be made for replacement and coverage while on leave. Entrance into military service must occur directly from your employment with Chrysalis Health.
2. Employees must satisfactorily complete the period of active duty and furnish a discharge certificate to that effect.
3. Leave of absence must not exceed 5 years, unless imposed by law by the request of the federal government. Application for reinstatement must be made within 90 days after release from military service or hospitalization continuing after discharge for a period of not more than 1 year. Application for reinstatement from active duty for training must be made within 31 days after release from training duty or hospitalization continuing after discharge for a period of not more than 1 year. Employees must be qualified to perform the duties of the former position. If not qualified for the former position by reason of a service-related disability, but qualified to perform duties of other positions, an employee will then be offered a job in the closest comparable position for which he or she is qualified.

**Benefits During Military, Reserve or National Guard Leave of Absence**
Employees who serve in the U.S. Military, Military Reserves or National Guard may take the necessary time off without pay to fulfill this obligation and will retain all of their legal rights for continued employment under existing laws. Employees departing on such leave may access accrued PTO time toward such leave. Upon return from military leave PTO time will accrue at the same schedule as if there was no break in employment. In the event a leave is 31 days or less, then health, dental, vision, STD/LTD, supplemental and/or life insurance will continue under group coverage. For leaves that extend beyond 31 days, continued coverage will be offered under the Consolidated Omnibus Budget Reconciliation Act (COBRA) for up to 24 months.

## INSURANCE BENEFITS
### Health Benefits

Chrysalis Health offers a group health insurance plan to all employees working a minimum of 30 hours per week. The following health benefits, as defined in the policy, are provided:

- Major Medical and Surgical Coverage
- Medical Health Care Coverage
- Prescription drug
- Dependents' Health Care Coverage
- Spouses' Health Care Coverage

Chrysalis Health offers group health care coverage to all employees working a minimum of 30 hours per week, as well as to fee-for-service employees who bill in excess of 20 units/hours of billable service weekly on a regular basis. Full-time non-management employees, receive a 50% match towards the least costly health insurance. Fee-for-service employees are paid out the employer match towards the health insurance, which is rolled into their hourly rate. Directors of the company receive a 100% match towards the least costly health insurance. Employees choosing to enroll a spouse and/or dependent(s) will pay 100% of the additional premium. All premium coverage that is the responsibility of the employee will be paid through payroll deductions every 2 weeks.

Guarnizo v. The Chrysalis Center 000407