EEOC-MDO
Received 8/17/2021

**Exhibit 14**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | ___ FEPA<br>_X_ EEOC | 510-2021-06092 |

___ Florida Commission on Human Rights, Miami-Dade Commission on Human Rights ___ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Mr Christopher Guarnizo | Home Phone (Incl. Area Code) | Date of Birth<br>(b) (7)(C) 1991 |
|---|---|---|
| Street Address<br>11603 N.W. 89th Street, Apt. 107, Doral, FL 33178 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>The Chrysalis Center, Inc. | No. Employees, Members<br>25+ | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>3800 W. Broward Blvd.     Ft. Lauderdale, FL 33312 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest        Latest |
|---|---|
| ___ RACE   ___ COLOR   ___ SEX   ___ RELIGION   ___ NATIONAL ORIGIN<br>_X_ RETALIATION   ___ AGE   _X_ DISABILITY   ___ OTHER (Specify below.) | ___ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I. Am a disabled adult male who worked for the Respondent from November 22, 2015 until I was fired on December 2, 2020. I routinely worked from 8am to 4-pm, working through lunch and eating at my desk, and faithfully performed my job duties. Due to the elevated risk of problems for me from COVID-19 as a cancer survivor, Respondent allowed me work remotely from home.

II. In October of 2020, I found out that I suffered from a low blood count. I communicated to Respondent's Human Resources department about my need to treat with my medical providers to determine the cause of my irregular blood count, as I was concerned about a recurrence of my cancer. Cancer is a recognized disability that substantially limits one or more major life activities. *See* 29 C.F.R. § 1630.2(j)(3)(iii). Respondent did not address with me that I could take a medical leave and failed to provide a reasonable accommodation in the form of a modified work scheduled, as requested. Respondent did not even engage in an interactive process after I brought up my need for one. Respondent instead terminated my employment as a result of my request for a modified schedule to accommodate me and my disability on December 2, 2020.

III. My former employer violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, et seq., the Family Medical Leave Act ("FMLA"), 29 U.S.C. §2611, et seq., and the Florida Civil Rights Act, Fla. Stat. §760.01, et seq.

EEOC-MDO
Received 8/17/2021

| I want this charge filed with both the EEOC and the State o rlo al Agency, if any. I will advise the agencies if I change my address o rphone number and I will co o erate fully with them in the pro essing of my charge in acco dance with their pro edures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>08/16/2021           Christopher Guarnizo<br>Date                  Charging Party Signature | I sw ear o raffirm that I have read the above charge and that it is true to the best of my knowledge, info rmation and belief.<br>SIGNATURE OF COMPLANANT<br><br>ESTEFANIA FRIERI DI MARE<br>Commission # GG 324402<br>Expires April 16, 2023<br>Bonded Thru Budget Notary Services<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Signature: Christopher Guarnizo (Aug 16, 2021 16:53 EDT)

Email: cguarnizo41@gmail.com