UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-MGC

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPT EXCERPTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, THE CHRYSALIS CENTER, INC, by and through the undersigned counsel, files the attached deposition transcript excerpts of Christopher Guarnizo dated March 7, 2023 and Quiana Ewing dated March 6, 2023 in support of Defendant's Motion for Summary Judgment.

Respectfully submitted,

s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
costalesgary@hotmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Gary A. Costales

### SERVICE LIST

*CHRISTOPHER GUARNIZO V. THE CHRYSALIS CENTER, INC*
*CASE NO.:22-CV-60710-MGC*
**United States District Court, Southern District of Florida**

Brian H. Pollock, Esq.
E-Mail: brian@fairlawattorney.com

Toussaint Marcus Cummings, Esq.
E-mail: toussaint@fairlawattorney.com

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
(305) 230-4884
(305) 230-4844 (facsimile)
Attorney for Plaintiff
*Notice of Electronic Filing*

Gary A. Costales, Esq.
Email: costalesgary@hotmail.com

Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
Attorney for Defendant
*Notice of Electronic Filing*