UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC.,

    Defendant.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Christopher Guarnizo, in this action.

Dated this 24th day of August 2023.

                                                s/Brian H. Pollock, Esq.
                                               Brian H. Pollock, Esq.
                                               Fla. Bar No. 174742
                                               brian@fairlawattorney.com
                                               **FAIRLAW FIRM**
                                               135 San Lorenzo Avenue
                                               Suite 770
                                               Coral Gables, FL 33146
                                               Tel:    305.230.4884
                                               *Counsel for Plaintiff*