UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Christopher Guarnizo, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant an extension of time to respond to Defendant's Motion for Summary Judgment [ECF No. 39] based upon the lack of opposition and the following good cause:

    1.    Defendant filed its Motion for Summary Judgment on August 16, 2023. [ECF No. 39.]

    2.    The associate responsible for the day-to-day activities in this case dissociated from the undersigned law firm shortly thereafter.

    3.    Due to the press of business and commitments in other matters, coupled with the departure of the associate attorney who had primary responsibility for handling the day-to-day events in this case, the undersigned requests a three-week extension of time to respond to the Motion for Summary Judgment through and including September 20, 2023.

    4.    The undersigned contacted defense counsel, who had no opposition to providing a

three-week extension of time.

5. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

6. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

7. Accordingly, Plaintiff respectfully requests the Court to grant him an extension of time through September 20, 2023, to respond to Defendant's Motion for Summary Judgment.

8. A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiff, Christopher Guarnizo, respectfully request the Court to grant him the Extension of Time requested above.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

Respectfully submitted this 30th day of August 2023,

> Brian H. Pollock, Esq.
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:    305.230.4884
> *Counsel for Plaintiff*