UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE, having come before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to respond to Defendant's Motion for Summary Judgment [ECF No. 39], and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall file his response to Defendant's Motion for Summary Judgment [ECF No. 39] no later than September 20, 2023.

DONE AND ORDERED in Chambers on this _____ day of _____ 2023.

                                                                 _____
                                                                 WILLIAM P. DIMITROULEAS
                                                                 UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*