UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to respond to Defendant's Motion for Summary Judgment, filed August 30, 203. [DE 44]. The Court has considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 44] is **GRANTED**. Plaintiff shall file his response to Defendant's Motion for Summary Judgment [DE 39] no later than September 20, 2023.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of August, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record