UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Notice of Settlement, filed September 20, 2023. *See* [DE 46] (the "Notice"). The Notice states that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement. *See id.* The Court is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Summary Judgment [DE 39] is **DENIED AS MOOT**;

2. The parties shall file the appropriate dismissal papers on or before **October 2, 2023**.

3. If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement.[1]

---

[1] "[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) … **the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction.**" *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272, 1280 (11th Cir. 2012)(emphasis added).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of September, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record