UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC.,

    Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS OF FORMER COUNSEL

Pursuant to SDFL LR 11.1(g), Toussaint Cummings, who formerly represented the Plaintiff in this case, notifies this Honorable Court of his change of address and phone number as follows:

<u>Mailing address</u>: Equal Employment Opportunity Commission, 100 SE 2nd St., Suite 1500, Miami, FL 33131

<u>Email</u>: toussaint.cummings@eeoc.gov

<u>Phone Number</u>: (786) 648-5795

Dated September 25, 2023.

    Respectfully Submitted,

    *s/ Toussaint Cummings*
    Toussaint Cummings
    Trial Attorney
    Florida Bar No: 119877
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    Miami District Office
    100 S.E. 2nd Street, Ste 1500
    Miami, FL 33131
    T: (786) 648-5795
    toussaint.cummings@eeoc.gov