UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

   Plaintiff,

vs.

CHRYSALIS CENTER INC,

   Defendants.
_____/

### ORDER ON MOTION TO WITHDRAW

THIS CAUSE came before the Court on Toussaint Cummings's Motion to Withdraw Attorney, filed September 26, 2023. [DE 49]. The Court has reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** that the Motion to Withdraw [DE 49] is **GRANTED**. Toussaint Cummings shall be permitted to withdraw as counsel for Plaintiff and is hereby relieved of further responsibility in the action. Plaintiff will continue to be represented by remaining counsel of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of September, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record