UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-WPD

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS *NUNC PRO TUNC*

Defendant, by and through the undersigned counsel, hereby file and serve the above-referenced motion and states as follows:

1. Plaintiff's counsel filed a notice of settlement on September 20, 2023.

2. On September 21, 2023 the court issued an order requesting the parties to file dismissal documents.

3. The parties need an extension of time to finalize the settlement agreement and file the appropriate documents of dismissal.

4. Accordingly, Defendants request an extension of time up to and including October 9, 2023 to file a responsive pleading to Plaintiff's Complaint.

5. This Motion has not been interposed for delay nor inconvenience. Rather, this Motion has been filed in good faith and in the interest of justice. Plaintiff will not be prejudiced by the grant of the instant Motion.

6. Plaintiff does not oppose the requested extension to answer the Complaint.

7. A proposed Order will be e-mailed to the Court in WORD format in accordance with the Court's procedures.

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time up to and including October 9, 2023 in which to file an answer or other responsive pleading in this matter.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(786) 323-7274 (facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

CHRISTOPHER GUARNIZO V. THE CHRYSALIS CENTER, INC
CASE NO.:22-CV-60710-WPD

3

**United States District Court, Southern District of Florida**

Brian H. Pollock, Esq.
E-Mail: brian@fairlawattorney.com

Toussaint Marcus Cummings, Esq.
E-mail: toussaint@fairlawattorney.com

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
(305) 230-4884
(305) 230-4844 (facsimile)
Attorney for Plaintiff
*Notice of Electronic Filing*

Gary A. Costales, Esq.
Email: costalesgary@hotmail.com

Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
Attorney for Defendant
*Notice of Electronic Filing*