UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. On February 22, 2023, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 32]. On September 20, 2023, a Notice of Settlement was filed. *See* [DE 46] (the "Notice"). The Notice stated that the parties settled their dispute and are in the process of negotiating and executing the written Settlement Agreement. *See id.* On September 21, 2023, the Court entered an Order on Notice of Settlement, stating in relevant part that the parties shall file the appropriate dismissal papers on or before **October 2, 2023**. *See* [DE 47]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **October 10, 2023**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 3rd day of October 2023.

*[signature: William P. Dimitrouleas]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record