UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

	Plaintiff,

vs.

CHRYSALIS CENTER INC,

	Defendants.
	_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS *NUNC PRO TUNC***

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Extension of Time to File Dismissal Documents *Nunc Pro Tunc*. [DE 51]. The Court has considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 51] is **GRANTED;**

2. The deadline to file the appropriate dismissal papers is hereby extended to **October 9, 2023**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 3rd day of October 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record