UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-WPD

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.
_____/

## DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS

Defendant, by and through the undersigned counsel, hereby files and serves the above-referenced motion and states as follows:

1. The Court had previously allowed the parties until today, October 9, 2023 to file settlement documents. [DE 53].

2. The parties have executed a settlement agreement. Defendant expects a stipulation of dismissal will be filed tomorrow. The federal holiday has delayed the parties' filing of a stipulation of dismissal with prejudice.

3. In an abundance of caution, Defendant requests until October 13, 2023 to file a stipulation of dismissal with prejudice.

4. Plaintiff does not oppose the instant motion.

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time up to and including October 13, 2023 in which to file settlement documents.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(786) 323-7274 (facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*CHRISTOPHER GUARNIZO V. THE CHRYSALIS CENTER, INC*
*CASE NO.:22-CV-60710-WPD*
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Brian H. Pollock, Esq. | Gary A. Costales, Esq. |
| E-Mail: brian@fairlawattorney.com | Email: costalesgary@hotmail.com |
| | |
| Toussaint Marcus Cummings, Esq. | Gary A. Costales, P.A. |
| E-mail: toussaint@fairlawattorney.com | 1533 Sunset Drive, Suite 150 |
| | Miami, FL 33143 |
| FairLaw Firm | (786) 448-7288 |
| 135 San Lorenzo Ave, Suite 770 | (305) 323-7274 (facsimile) |
| Coral Gables, FL 33146 | Attorney for Defendant |
| (305) 230-4884 | *Notice of Electronic Filing* |
| (305) 230-4844 (facsimile) | |

Attorney for Plaintiff
*Notice of Electronic Filing*