UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-60710-MGC

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

THE CHRYSALIS CENTER, INC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Parties to this action, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this case, with prejudice, with each party to bear their own costs and attorney fees.

Respectfully submitted this 10th day of October 2023.

| | |
|---|---|
| *s/* Brian H. Pollock | *s/* Gary A. Costales |
| Brian H. Pollock | Gary A. Costales |
| Florida Bar No. | Florida Bar No. 0948829 |
| E-mail: brian@fairlawattorney.com | E-mail: costalesgary@hotmail.com |
| | |
| Fair Law Firm | Gary A. Costales, P.A. |
| 135 San Lorenzo Ave., Suite 770 | 1533 Sunset Drive, Suite 150 |
| Coral Gables, FL 33146 | Miami, Florida 33131 |
| Telephone: 305-230-4884 | Telephone: (786) 446-7288 |
| Facsimile: 305-230-4844 | (786) 446-7298 (direct) |
| Attorney for Plaintiff | Facsimile: (786) 323-7274 |
| *Notice of Electronic Filing* | Attorney for Defendant |
| | *Notice of Electronic Filing* |

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Gary A. Costales

## SERVICE LIST

*CHRISTOPHER GUARNIZO V. THE CHRYSALIS CENTER, INC*
*CASE NO.:22-CV-60710-MGC*
United States District Court, Southern District of Florida

| | |
|---|---|
| Brian H. Pollock, Esq.<br>E-Mail: brian@fairlawattorney.com<br><br>Toussaint Marcus Cummings, Esq.<br>E-mail: toussaint@fairlawattorney.com<br><br>FairLaw Firm<br>135 San Lorenzo Ave, Suite 770<br>Coral Gables, FL 33146<br>(305) 230-4884<br>(305) 230-4844 (facsimile)<br>Attorney for Plaintiff<br>*Notice of Electronic Filing* | Gary A. Costales, Esq.<br>Email:<br>costalesgary@hotmail.com<br><br>Gary A. Costales, P.A.<br>1533 Sunset Drive, Suite 150<br>Miami, FL 33143<br>(786) 448-7288<br>(305) 323-7274 (facsimile)<br>Attorney for Defendant<br>*Notice of Electronic Filing* |