UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS

THIS CAUSE is before the Court on Defendant's Second Unopposed Motion for Extension of Time to File Dismissal Documents [DE 54]. The Court has considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 54] is **GRANTED;**

2. The deadline to file the appropriate dismissal papers is hereby extended to **October 13, 2023**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 10th day of October 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record