UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-60710-DIMITROULEAS/HUNT

CHRISTOPHER GUARNIZO,

    Plaintiff,

vs.

CHRYSALIS CENTER INC,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 55], filed October 10, 2023. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 55] is **APPROVED**;

2. This action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 10th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record